IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY and WHEELING & LAKE ERIE RAILWAY COMPANY, | ) ) ) ) |
| Plaintiffs, | 2:11-cv-1588-TFM ) ) |
| vs. | ) ) |
| PITTSBURGH & WEST VIRGINIA RAILROAD and POWER REIT, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

AND NOW, this 29th day of December, 2015, it is hereby **ORDERED, ADJUDGED and DECREED** that Judgment is entered (1) in favor of Plaintiff Norfolk Southern Railway Company and against Defendant Pittsburgh & West Virginia Railroad on Count Three and Count Four of the First Amendment to Complaint, in the amount of one-dollar ($1.00) at each of Count Three and Count Four of the First Amendment to Complaint; (2) in favor of Defendant Power REIT and against Plaintiff Norfolk Southern Railway Company on Count Three and Count Four of the First Amendment to Complaint; and (3) and in favor of Defendants Pittsburgh & West Virginia Railroad and Power REIT and against Plaintiff Wheeling & Lake Erie Railway Company on Count Three and Count Four of the First Amendment to Complaint.

BY THE COURT:

s/Terrence F. McVerry
Senior United States District Judge