IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY and WHEELING & LAKE ERIE RAILWAY COMPANY, | ) ) ) |
| | ) Civil Action No. 2:11-cv-01588-TFM |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PITTSBURGH & WEST VIRGINIA RAILROAD and POWER REIT, | ) ) ) |
| Defendants. | ) |

### DECLARATION OF RANDAL S. NOE AND ALEXANDER JARVIS IN SUPPORT OF PLAINTIFFS' BILL OF COSTS

1. I, Randal S. Noe, am General Counsel at Norfolk Southern Corporation. At all relevant times, my responsibilities included supervising outside counsel in certain litigation matters for Norfolk Southern Railway Company ("NSRC"), including the above-captioned litigation.

2. I, Alexander Jarvis, am Vice President – Law & Government Relations at Wheeling & Lake Erie Railway Company ("WLE," collectively with NSRC, "Plaintiffs"). My responsibilities include supervising outside counsel in litigation matters, including the above-captioned litigation.

3. Pursuant to 28 U.S.C. § 1924, we submit this declaration as verification of Plaintiffs' Bill of Costs.

4. The items included on the Bill of Costs reflect expenses reasonably and necessarily incurred by Plaintiffs in the above-captioned litigation. All of these costs have either been paid by Plaintiffs or are an account receivable to be paid.

## COURT-REPORTING SERVICES

5.   Plaintiffs incurred $53,125.19 in costs for court-reporting services for hearing and deposition transcripts necessarily obtained for use in the case. An itemized list of those costs is provided in Table 1, below. Invoices for each item listed in Table 1 are compiled as Exhibit A to this declaration.

## Table 1

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 7/11/2012 | 062012-309823 | TSG Reporting, Inc. | $ 1,675.00 | Video Services for Deposition of Arun Mittal (6/20/2012) |
| 7/11/2012 | 061812-309820 | TSG Reporting, Inc. | $ 1,850.00 | Video Services for Deposition of David Lesser (6/18/2012) |
| 7/11/2012 | 062012-309822 | TSG Reporting, Inc. | $ 2,648.50 | Deposition Attendance & Transcript of Arun Mittal (6/20/2012) |
| 7/11/2012 | 061812-309819 | TSG Reporting, Inc. | $ 3,358.50 | Deposition Attendance & Transcript of David Lesser (6/18/2012) |
| 8/31/2012 | 081012-304431 | TSG Reporting, Inc. | $ 1,125.70 | Deposition Attendance & Transcript of David Lesser (8/10/2012) |
| 8/31/2012 | 081012-304432 | TSG Reporting, Inc. | $ 1,365.00 | Video Services for Deposition of David Lesser (8/10/2012) |
| 8/31/2012 | 080912-304428 | TSG Reporting, Inc. | $ 1,783.90 | Deposition Attendance & Transcript of David Lesser (8/9/2012) |
| 8/31/2012 | 080912-304429 | TSG Reporting, Inc. | $ 1,925.00 | Video Services for Deposition of David Lesser (8/9/2012) |
| 9/28/2012 | 091912-117587 | TSG Reporting, Inc. | $ 1,214.50 | Deposition Attendance & Transcript of Virgil E. Wenger (9/19/2012) |
| 9/28/2012 | 091912-117588 | TSG Reporting, Inc. | $ 1,515.00 | Video Services for Deposition of Virgil E. Wenger (9/19/2012) |
| 10/5/2012 | 092012-305746 | TSG Reporting, Inc. | $ 896.50 | Deposition Attendance & Transcript of William S. Susman (9/20/2012) |
| 10/5/2012 | 092012-305747 | TSG Reporting, Inc. | $ 1,190.00 | Video Services for Deposition of William S. Susman (9/20/2012) |
| 10/8/2012 | 71134 | Gibson Court Reporting | $ 756.45 | Deposition Attendance & Transcript of Howard Capito (10/3/2012) |
| 10/9/2012 | 18602 | Katz Consulting Group, Inc. | $ 695.36 | Deposition Attendance & Transcript of Robert R. McCoy (9/13/2012) |
| 10/12/2012 | 71183 | Gibson Court Reporting | $ 420.00 | Video Services for Deposition of Howard Capito (10/3/2012) |

2

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 10/22/2012 | 153266 | Vowell & Jennings, Inc. | $ 1,163.42 | Deposition Attendance & Transcript of Herbert E. Jones, III (10/4/2012) |
| 10/22/2012 | 153153 | Vowell & Jennings, Inc. | $ 693.75 | Video Services for Deposition of Herbert E. Jones, III (10/4/2012) |
| 10/30/2012 | 8162 | Wilda F. Stonestreet, C.C.R. | $ 863.00 | Deposition Transcript of Robert McCoy (9/13/2012) |
| 11/7/2012 | 2080 | Bonnie K. Wolfe | $ 364.00 | Deposition Attendance &Transcript of Charles Jones (10/17/2012) |
| 11/7/2012 | 35261 | Spectrum Reporting, LLC | $ 750.10 | Deposition Attendance & Transcript of Robert Hamstead (10/23/2012) |
| 11/13/2012 | 35345 | Spectrum Reporting, LLC | $ 847.50 | Video Services for Deposition of Robert Hamstead (10/23/2012) |
| 11/14/2012 | 153695 | Vowell & Jennings, Inc. | $ 157.50 | Video Services for Deposition of Herbert E. Jones, III (10/4/2012) |
| 11/19/2012 | 71486 | Gibson Court Reporting | $ 200.50 | Video Synchronization of Deposition of Howard Capito (10/3/2012) |
| 11/27/2012 | 8175 | Wilda F. Stonestreet, C.C.R. | $ 897.30 | Deposition Attendance & Transcript of Robert Denyer (10/16/2012) |
| 12/6/2012 | 18660 | Katz Consulting Group, Inc. | $ 1,163.88 | Video Services for Deposition of Robert Denyer (10/16/2012) and Charles Jones (10/17/2012) |
| 12/27/2012 | 241766 | AKF Reporters, Inc. | $ 686.95 | Deposition Attendance & Transcript of Randy Noe, Esquire (12/20/2012) |
| 12/27/2012 | 241764 | AKF Reporters, Inc. | $ 909.85 | Deposition Attendance & Transcript of Michael Cox (12/19/2012) |
| 12/28/2012 | 241802 | AKF Reporters, Inc. | $ 908.25 | Deposition Attendance & Transcript of Marcellus Kirchner (12/18/2012) |
| 1/16/2013 | 18227723 | Legalink | $ 1,243.40 | Deposition Attendance & Transcript of Michael Mokodean (1/9/2013) |
| 1/23/2103 | 242013 | AKF Reporters, Inc. | $ 167.95 | Deposition of John Foley (1/10/2013) |
| 2/11/2013 | 18229641 | Legalink | $ 716.40 | Deposition Attendance & Transcript of Michael Cox (1/16/2013) |
| 2/11/2013 | 18229639 | Legalink | $ 801.60 | Deposition Attendance & Transcript of Valerie Hall (1/14/2013) |
| 2/13/2013 | 18229857 | Legalink | $ 684.90 | Deposition Attendance & Transcript of John Friedman (1/22/2013) |
| 2/13/2013 | 012213-401395 | TSG Reporting, Inc. | $ 1,085.00 | Video Services for Depositions of Peter Anglum (1/22/2013) and Richard Baumann (1/22/2013) |
| 2/13/2013 | 012213-401394 | TSG Reporting, Inc. | $ 1,313.00 | Deposition Attendance & Transcripts of Peter Anglum (1/22/2013) and Richard Baumann (1/22/2013) |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 2/22/2013 | 18230706 | Legalink | $ 697.10 | Deposition Attendance & Transcripts of Vickie Klaiber (1/15/2013) and Jennifer Chapman (1/15/2013) |
| 3/8/2013 | 18232155 | Legalink | $ 290.90 | Deposition Attendance & Transcripts of Clarence Jaeger (2/7/2013) |
| 3/8/2013 | 18232149 | Legalink | $ 1,177.60 | Deposition Attendance & Transcript of Larry Parsons (1/29/2013) |
| 3/28/2013 | 18231994 | Legalink | $ 1,344.10 | Deposition Attendance & Transcript of Randal Noe, Esquire (2/27/2013) |
| 6/24/2013 | P57237 | Morse, Gantverg & Hodge, Inc. | $ 1,214.53 | Deposition Attendance & Transcript of David Kaplan (6/19/2013) |
| 8/27/2013 | C42820 | Magna Legal Services, LLC | $ 1,255.56 | Deposition Attendance & Transcript of Expert Walter Pagano (7/2/2013) |
| 7/19/2013 | P57325 | Morse, Gantverg & Hodge, Inc. | $ 550.00 | Videographer Attendance for Deposition of David Kaplan (6/19/2013) |
| 9/13/2013 | P57464 | Morse, Gantverg & Hodge, Inc. | $ 562.00 | Video Synchronization of Deposition of David Kaplan (6/19/2013) |
| 12/16/2013 | Check #21308 | Margaret Guthrie | $ 100.00 | Transcript |
| 12/17/2013 | 64005 | Pittsburgh Reporting Service | $ 164.00 | Transcript from Hearing before Judge McVerry (12/13/2013) |
| 1/21/2014 | Check #21399 | Deborah L. Rowe | $ 161.52 | Transcript |
| 4/25/2014 | 041514-321136 | TSG Reporting, Inc. | $ 825.70 | Deposition Attendance & Transcript of Arun Mittal (4/15/2014) |
| 4/25/2014 | 041514-321137 | TSG Reporting, Inc. | $ 975.00 | Video Services for Deposition of Arun Mittal (4/15/2014) |
| 4/30/2014 | 041714-321553 | TSG Reporting, Inc. | $ 1,034.20 | Deposition Attendance & Transcript of David Lesser (4/17/2014) |
| 4/30/2014 | 041714-321554 | TSG Reporting, Inc. | $ 1,090.00 | Video Services for Deposition of David Lesser (4/17/2014) |
| 5/14/2014 | 042414-420989 | TSG Reporting, Inc. | $ 653.70 | Deposition Attendance & Transcript of Virgil Wenger (4/24/2014) |
| 5/14/2014 | 042414-420990 | TSG Reporting, Inc. | $ 865.00 | Video Services for Deposition of Virgil Wenger (4/24/2014) |
| 1/6/2015 | 2015-01 | Richard T. Ford Official Court Reporter (Federal Court) | $ 2.00 | Transcript |
| 1/6/2015 | 2015-01 | Richard T. Ford Official Court Reporter (Federal Court) | $ 215.00 | Transcript |
| 1/6/2015 | 2015-01 | Richard T. Ford Official Court Reporter (Federal Court) | $ 264.80 | Transcript |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 8/24/2015 | 2015-70 | Richard T. Ford Official Court Reporter (Federal Court) | $ 1,644.82 | Trial Transcripts (8/3/2015 - 8/6/2015) |

## COSTS FOR MAKING COPIES OF MATERIALS NECESSARILY OBTAINED FOR USE IN THE CASE

6. Plaintiffs incurred $60,452.37 in costs for making copies of materials necessarily obtained for use in this case. An itemized list of those costs is provided in Table 2, below. Invoices for each item listed in Table 2 are compiled as Exhibit B to this declaration.

7. Plaintiffs were charged $0.10 per page for regular (*i.e.*, letter size, black and white) photocopying services and $0.30 per page for color photocopying services by Buchanan Ingersoll & Rooney PC.

### Table 2

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 3/14/2012 | 1153556 | Clicks | $ 39.96 | Copying, Printing or Scanning Services |
| 3/19/2012 | 1153629 | Clicks | $ 518.98 | Copying, Printing or Scanning Services |
| 4/5/2012 | 1153949 | Clicks | $ 951.52 | Copying, Printing or Scanning Services |
| 6/22/2012 | 1155178 | Clicks | $ 178.38 | Copying, Printing or Scanning Services |
| 7/13/2012 | 1155449 | Clicks | $ 151.44 | Copying, Printing or Scanning Services |
| 7/27/2012 | 1155673 | Clicks | $ 40.09 | Copying, Printing or Scanning Services |
| 7/26/2012 | 1155645 | Clicks | $ 64.92 | Copying, Printing or Scanning Services |
| 8/30/2012 | 1156204 | Clicks | $ 576.22 | Copying, Printing or Scanning Services |
| 9/6/2012 | 1156298 | Clicks | $ 106.69 | Copying, Printing or Scanning Services |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 9/12/2012 | 1156381 | Clicks | $ 460.53 | Copying, Printing or Scanning Services |
| 11/1/2012 | 1157137 | Clicks | $ 50.67 | Copying, Printing or Scanning Services |
| 11/16/2012 | 1157380 | Clicks | $ 59.44 | Copying, Printing or Scanning Services |
| 11/29/2012 | 1157503 | Clicks | $ 32.17 | Copying, Printing or Scanning Services |
| 12/31/2012 | 1157861 | Clicks | $ 204.94 | Copying, Printing or Scanning Services |
| 1/7/2013 | 1157954 | Clicks | $ 14.74 | Copying, Printing or Scanning Services |
| 1/9/2013 | 1157968 | Clicks | $ 42.49 | Copying, Printing or Scanning Services |
| 1/15/2013 | 1158058 | Clicks | $ 36.98 | Copying, Printing or Scanning Services |
| 1/17/2013 | 1158097 | Clicks | $ 52.80 | Copying, Printing or Scanning Services |
| 4/25/213 | 1159440 | Clicks | $ 2,613.10 | Copying, Printing or Scanning Services |
| 6/5/2013 | 1159968 | Clicks | $ 152.15 | Copying, Printing or Scanning Services |
| 6/11/2013 | 1160045 | Clicks | $ 319.29 | Copying, Printing or Scanning Services |
| 6/11/2013 | 1160036 | Clicks | $ 319.29 | Copying, Printing or Scanning Services |
| 6/18/2013 | 1160128 | Clicks | $ 875.59 | Copying, Printing or Scanning Services |
| 6/28/2013 | 1160266 | Clicks | $ 290.74 | Copying, Printing or Scanning Services |
| 7/31/2013 | 1160638 | Clicks | $ 353.81 | Copying, Printing or Scanning Services |
| 1/2/2014 | 1162692 | Clicks | $ 1,617.90 | Copying, Printing or Scanning Services |
| 9/11/2014 | 1166023 | Clicks | $ 48.96 | Copying, Printing or Scanning Services |
| 12/8/2014 | 1167223 | Clicks | $ 18.69 | Copying, Printing or Scanning Services |
| 12/8/2014 | 1167215 | Clicks | $ 363.84 | Copying, Printing or Scanning Services |
| 12/8/2014 | 1167215 | Clicks | $ 297.67 | Copying, Printing or Scanning Services |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 12/30/2014 | 1167448 | Clicks | $ 1,730.43 | Copying, Printing or Scanning Services |
| 12/30/2014 | 1167448 | Clicks | $ 1,415.80 | Copying, Printing or Scanning Services |
| 4/2/2013 | 134145 | Ditto Document Services | $ 3,172.19 | Copying, Printing or Scanning Services |
| 11/29/2013 | 139141 | Ditto Document Services | $ 3,203.67 | Copying, Printing or Scanning Services |
| 12/9/2013 | 139270 | Ditto Document Services | $ 816.12 | Copying, Printing or Scanning Services |
| 12/30/2013 | 139591 | Ditto Document Services | $ 417.30 | Copying, Printing or Scanning Services |
| 12/30/2013 | 139590 | Ditto Document Services | $ 6,050.85 | Copying, Printing or Scanning Services |
| 3/29/2013 | PIT13030509 | Ricoh | $ 665.75 | Copying, Printing or Scanning Services |
| 4/3/2013 | PIT13040048 | Ricoh | $ 687.52 | Copying, Printing or Scanning Services |
| 9/12/2011 | BIR Invoice | Photocopies | $ 1.60 | Copying, Printing or Scanning Services |
| 8/11/2011 | BIR Invoice | Photocopies | $ 5.60 | Copying, Printing or Scanning Services |
| 1/6/2012 | BIR Invoice | Photocopies | $ 14.80 | Copying, Printing or Scanning Services |
| 2/14/2012 | BIR Invoice | Photocopies | $ 13.40 | Copying, Printing or Scanning Services |
| 3/13/2012 | BIR Invoice | Photocopies | $ 201.78 | Copying, Printing or Scanning Services |
| 3/13/2012 | BIR Invoice | Photocopies | $ 225.20 | Copying, Printing or Scanning Services |
| 4/16/2012 | BIR Invoice | Photocopies | $ 7.60 | Copying, Printing or Scanning Services |
| 5/21/2012 | BIR Invoice | Photocopies | $ 1,053.73 | Copying, Printing or Scanning Services |
| 4/24/2012 | BIR Invoice | Photocopies | $ 3.30 | Copying, Printing or Scanning Services |
| 6/30/2012 | BIR Invoice | Photocopies | $ 191.70 | Copying, Printing or Scanning Services |
| 6/30/2012 | BIR Invoice | Photocopies | $ 231.24 | Copying, Printing or Scanning Services |
| 7/12/0212 | BIR Invoice | Photocopies | $ 713.00 | Copying, Printing or Scanning Services |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 7/12/012 | BIR Invoice | Photocopies | $ 850.35 | Copying, Printing or Scanning Services |
| 8/10/2012 | BIR Invoice | Photocopies | $ 193.31 | Copying, Printing or Scanning Services |
| 8/10/2012 | BIR Invoice | Photocopies | $ 1,325.32 | Copying, Printing or Scanning Services |
| 9/17/2012 | BIR Invoice | Photocopies | $ 453.10 | Copying, Printing or Scanning Services |
| 9/17/2012 | BIR Invoice | Photocopies | $ 116.76 | Copying, Printing or Scanning Services |
| 9/28/2012 | BIR Invoice | Photocopies | $ 542.80 | Copying, Printing or Scanning Services |
| 10/15/2012 | BIR Invoice | Photocopies | $ 1,044.69 | Copying, Printing or Scanning Services |
| 11/12/2012 | BIR Invoice | Photocopies | $ 330.90 | Copying, Printing or Scanning Services |
| 11/12/2012 | BIR Invoice | Photocopies | $ 792.80 | Copying, Printing or Scanning Services |
| 12/6/2012 | BIR Invoice | Photocopies | $ 293.18 | Copying, Printing or Scanning Services |
| 11/30/2012 | BIR Invoice | Photocopies | $ 1,054.47 | Copying, Printing or Scanning Services |
| 1/14/2013 | BIR Invoice | Photocopies | $ 2,372.60 | Copying, Printing or Scanning Services |
| 12/27/2012 | BIR Invoice | Photocopies | $ 97.82 | Copying, Printing or Scanning Services |
| 1/9/2013 | BIR Invoice | Photocopies | $ 56.70 | Copying, Printing or Scanning Services |
| 2/7/2013 | BIR Invoice | Photocopies | $ 4,419.84 | Copying, Printing or Scanning Services |
| 3/13/2013 | BIR Invoice | Photocopies | $ 740.10 | Copying, Printing or Scanning Services |
| 3/13/2013 | BIR Invoice | Photocopies | $ 619.50 | Copying, Printing or Scanning Services |
| 4/12/2013 | BIR Invoice | Photocopies | $ 368.70 | Copying, Printing or Scanning Services |
| 4/12/0213 | BIR Invoice | Photocopies | $ 18.50 | Copying, Printing or Scanning Services |
| 5/3/2013 | BIR Invoice | Photocopies | $ 368.26 | Copying, Printing or Scanning Services |
| 6/13/2013 | BIR Invoice | Photocopies | $ 345.33 | Copying, Printing or Scanning Services |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 6/13/2013 | BIR Invoice | Photocopies | $ 187.74 | Copying, Printing or Scanning Services |
| 7/18/2013 | BIR Invoice | Photocopies | $ 775.78 | Copying, Printing or Scanning Services |
| 7/18/2013 | BIR Invoice | Photocopies | $ 141.80 | Copying, Printing or Scanning Services |
| 8/13/2013 | BIR Invoice | Photocopies | $ 163.80 | Copying, Printing or Scanning Services |
| 8/13/2013 | BIR Invoice | Photocopies | $ 19.20 | Copying, Printing or Scanning Services |
| 9/17/2013 | BIR Invoice | Photocopies | $ 17.80 | Copying, Printing or Scanning Services |
| 9/17/2013 | BIR Invoice | Photocopies | $ 20.30 | Copying, Printing or Scanning Services |
| 10/17/2013 | BIR Invoice | Photocopies | $ 308.00 | Copying, Printing or Scanning Services |
| 10/17/2013 | BIR Invoice | Photocopies | $ 177.90 | Copying, Printing or Scanning Services |
| 11/7/2013 | BIR Invoice | Photocopies | $ 57.40 | Copying, Printing or Scanning Services |
| 11/7/2013 | BIR Invoice | Photocopies | $ 871.61 | Copying, Printing or Scanning Services |
| 12/5/2013 | BIR Invoice | Photocopies | $ 35.60 | Copying, Printing or Scanning Services |
| 12/5/2013 | BIR Invoice | Photocopies | $ 117.00 | Copying, Printing or Scanning Services |
| 1/13/2014 | BIR Invoice | Photocopies | $ 4.20 | Copying, Printing or Scanning Services |
| 1/13/2014 | BIR Invoice | Photocopies | $ 84.90 | Copying, Printing or Scanning Services |
| 2/12/2014 | BIR Invoice | Photocopies | $ 130.50 | Copying, Printing or Scanning Services |
| 2/12/2014 | BIR Invoice | Photocopies | $ 209.00 | Copying, Printing or Scanning Services |
| 3/11/2014 | BIR Invoice | Photocopies | $ 170.30 | Copying, Printing or Scanning Services |
| 3/11/2014 | BIR Invoice | Photocopies | $ 0.10 | Copying, Printing or Scanning Services |
| 4/9/2014 | BIR Invoice | Photocopies | $ 242.70 | Copying, Printing or Scanning Services |
| 5/12/2014 | BIR Invoice | Photocopies | $ 543.50 | Copying, Printing or Scanning Services |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 5/12/2014 | BIR Invoice | Photocopies | $ 1,418.16 | Copying, Printing or Scanning Services |
| 6/11/2014 | BIR Invoice | Photocopies | $ 279.90 | Copying, Printing or Scanning Services |
| 6/11/2014 | BIR Invoice | Photocopies | $ 8.60 | Copying, Printing or Scanning Services |
| 7/10/2014 | BIR Invoice | Photocopies | $ 160.40 | Copying, Printing or Scanning Services |
| 7/10/2014 | BIR Invoice | Photocopies | $ 31.60 | Copying, Printing or Scanning Services |
| 8/11/2014 | BIR Invoice | Photocopies | $ 200.20 | Copying, Printing or Scanning Services |
| 8/11/2014 | BIR Invoice | Photocopies | $ 18.80 | Copying, Printing or Scanning Services |
| 9/18/2014 | BIR Invoice | Photocopies | $ 146.20 | Copying, Printing or Scanning Services |
| 9/18/2014 | BIR Invoice | Photocopies | $ 4.47 | Copying, Printing or Scanning Services |
| 10/10/2014 | BIR Invoice | Photocopies | $ 525.20 | Copying, Printing or Scanning Services |
| 10/10/2014 | BIR Invoice | Photocopies | $ 591.30 | Copying, Printing or Scanning Services |
| 11/7/2014 | BIR Invoice | Photocopies | $ 119.10 | Copying, Printing or Scanning Services |
| 11/7/2014 | BIR Invoice | Photocopies | $ 67.53 | Copying, Printing or Scanning Services |
| 12/3/2014 | BIR Invoice | Photocopies | $ 379.10 | Copying, Printing or Scanning Services |
| 12/3/2014 | BIR Invoice | Photocopies | $ 270.70 | Copying, Printing or Scanning Services |
| 1/13/2015 | BIR Invoice | Photocopies | $ 78.40 | Copying, Printing or Scanning Services |
| 1/13/2015 | BIR Invoice | Photocopies | $ 33.90 | Copying, Printing or Scanning Services |
| 6/9/2015 | BIR Invoice | Photocopies | $ 224.80 | Copying, Printing or Scanning Services |
| 6/9/2015 | BIR Invoice | Photocopies | $ 48.58 | Copying, Printing or Scanning Services |
| 7/20/2015 | BIR Invoice | Photocopies | $ 194.10 | Copying, Printing or Scanning Services |
| 7/21/2015 | BIR Invoice | Photocopies | $ 395.70 | Copying, Printing or Scanning Services |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 8/11/2015 | BIR Invoice | Photocopies | $ 2,368.90 | Copying, Printing or Scanning Services |
| 9/9/2015 | BIR Invoice | Photocopies | $ 514.80 | Copying, Printing or Scanning Services |
| 9/9/2015 | BIR Invoice | Photocopies | $ 11.20 | Copying, Printing or Scanning Services |

## COSTS FOR SERVICE OF PROCESS

8.  Plaintiffs incurred $2,386.40 in costs for service of process in this case. An itemized list of those costs is provided in Table 3, below. Invoices for each item listed in Table 3 are compiled as Exhibit C to this declaration.

## Table 3

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 12/19/2011 | 7937 | Exclusive Process Service Corporation | $ 196.20 | Service of Summons & Complaint Upon Pittsburgh & West Virginia/Power REIT |
| 12/19/2011 | 7937 | Exclusive Process Service Corporation | $ 239.80 | Service of Summons & Complaint Upon Pittsburgh & West Virginia/Power REIT |
| 9/5/2012 | 1001 | Keith Pickens, Jr. | $ 70.00 | Subpoena Service Upon Charles T. Jones |
| 8/31/2012 | Check #20395 | Allied Investigative Services | $ 55.00 | Subpoena |
| 9/6/2012 | 12-0135 | Tennessee Process Servers | $ 55.00 | Subpoena |
| 9/7/2012 | Check #20410 | Keith Pickens, Jr. | $ 70.00 | Subpoena |
| 9/25/2012 | Check #20446 | Dr. A.T. Hodge Legal Service (C.O.P.S.) | $ 149.00 | Subpoena |
| 10/11/2012 | 9106 | Exclusive Process Service Corporation | $ 145.50 | Subpoena Service Upon Pricewaterhouse Coopers, LLP |
| 10/11/2012 | 9108 | Exclusive Process Service Corporation | $ 255.00 | Subpoena Service Upon BDO USA, LLP |
| 10/11/2012 | 9107 | Exclusive Process Service Corporation | $ 145.50 | Subpoena Service Upon KPMG, LLP |
| 12/6/2012 | 9107 | Exclusive Process Service Corporation | $ 252.00 | Subpoena Upon BDO USA, LLP |

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 4/5/2014 | 201420607 | Apple Attorney Service | $ 670.00 | Subpoena Upon Thomas Konrad |
| 6/29/2015 | 15-0247 | Pittsburgh Information and Research Company | $ 83.40 | Subpoena Service Upon Larry Skrzysowski |

## COSTS RELATING TO WITNESSES

9.  Plaintiffs incurred $2,390.88 in costs relating to witnesses in this case. An itemized list of these costs is provided in Table 4, below. Invoices for each item listed in Table 4 are compiled in Exhibit D to this Declaration.

### Table 4

| Vendor Invoice Date | Vendor Invoice # | Vendor | Amount | Description |
|---|---|---|---|---|
| 10/10/2012 | Check #904406 | KPMG, LLP | $ 44.50 | Witness Fee |
| 10/10/2012 | Check #904405 | Pricewaterhouse Coopers, LLP | $ 44.50 | Witness Fee |
| 10/10/2012 | Check #904404 | BDO USA, LLP | $ 79.00 | Witness Fee |
| 10/23/2012 | Check #20515 | Robert Hamstead | $ 98.39 | Witness Fee & Mileage |
| 6/22/2015 | Check #22280 | Larry Skrzyowski | $ 63.00 | Witness Fee & Mileage |
| 8/4/2015 | Various | Randal Noe | $ 1,003.45 | Trial - Witness Expenses (Hotel, Meals, Mileage & Parking) |
| 8/3/2015 | Various | Randal Noe | $ 541.27 | Trial - Witness Expenses (Hotel, Meals & Parking) |
| 8/2/2015 | Various | Randal Noe | $ 516.77 | Trial - Witness Expenses (Hotel, Meals & Parking) |

We declare under penalty of perjury that the foregoing is true and correct to the best of our information and belief.

_____
Randal S. Noe

_____
Alexander Jarvis

We declare under penalty of perjury that the foregoing is true and correct to the best of our information and belief.

_____
Randal S. Noe

_____
Alexander Jarvis