# EXHIBIT A



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/11/2012
**INVOICE #** 062012-309823

**Bill To:**
Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:** Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:** Arun Mittal
**DATE:** 6/20/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7 | $100.00 | $700.00 |
| Videosynch / Tape | 5 | $125.00 | $625.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,650.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,675.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/11/2012
**INVOICE #** 061812-309820

**Bill To:**
Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:** Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:** David H. Lesser
**DATE:** 6/18/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | $100.00 | $750.00 |
| Videosynch / Tape | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,825.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,850.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

**DATE:** 7/11/2012
**INVOICE #** 062012-309822

**Bill To:**
Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

**CASE:** Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:** Arun Mittal
**DATE:** 6/20/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 302 | $4.75 | $1,434.50 |
| Original Transcript - 3-5 Day Delivery | 302 | $2.00 | $604.00 |
| Rough ASCII | 302 | $1.50 | $453.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 65 | $0.50 | $32.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 302 | -$0.25 | -$75.50 |
| | | SUBTOTAL | $2,588.50 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $2,648.50 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
**REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 7/11/2012
**INVOICE #** 061812-309819

**Bill To:**      Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**         Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**      David H. Lesser
**DATE:**         6/18/2012
**LOCATION:**     New York, NY

**Billing Comments / Instructions:**        Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 332 | $4.75 | $1,577.00 |
| Original Transcript - 3-5 Day Delivery | 332 | $2.00 | $664.00 |
| Rough ASCII | 332 | $1.50 | $498.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 933 | $0.50 | $466.50 |
| Exhibits - Hard, Scanned & Hyperlinked - Color | 14 | $1.50 | $21.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 332 | -$0.25 | -$83.00 |
| | | SUBTOTAL | $3,283.50 |
| | | SHIPPING & HANDLING | $75.00 |
| | | TOTAL | $3,358.50 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081012-304431

**Bill To:**    Stanley J. Parker Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**    Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**    Power Reit 30b6 - David Lesser
**DATE:**    8/10/2012
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 200 | $4.75 | $950.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Hard - Black & White | 119 | $0.30 | $35.70 |
| Certified Transcript Sold Discount (1) | 200 | -$0.25 | -$50.00 |
| | | SUBTOTAL | $1,075.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $1,125.70 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 081012-304432

**Bill To:**    Stanley J. Parker Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**        Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**     Power Reit 30b6 - David Lesser
**DATE:**        8/10/2012
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 5 | $100.00 | $500.00 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,325.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,365.00 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 080912-304428

**Bill To:**   Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**        Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**     30b6 - David Lesser
**DATE:**        8/9/2012
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 307 | $4.75 | $1,458.25 |
| Original Transcript - Evening Pages | 9 | $2.00 | $18.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Rep App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 348 | $0.30 | $104.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 307 | -$0.25 | -$76.75 |
| | | SUBTOTAL | $1,748.90 |
| | | SHIPPING & HANDLING | $35.00 |
| | | TOTAL | $1,783.90 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 8/31/2012
**INVOICE #** 080912-304429

**Bill To:**    Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**        Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**     30b6 - David Lesser
**DATE:**        8/9/2012
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | $100.00 | $750.00 |
| Videographer - Additonal Hours - Evening Rate | 0.5 | $150.00 | $75.00 |
| Videosynch / Tape | 6 | $125.00 | $750.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,900.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $1,925.00 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/28/2012
**INVOICE #** 091912-117587

**Bill To:**   Kathleen Jones Goldman Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

| | |
|---|---|
| **CASE:** | Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad |
| **WITNESS:** | Virgil E. Wenger |
| **DATE:** | 9/19/2012 |
| **LOCATION:** | New York, NY |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 224 | $4.75 | $1,064.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Black & White | 55 | $0.30 | $16.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 224 | -$0.25 | -$56.00 |

| | |
|---|---|
| SUBTOTAL | $1,164.50 |
| SHIPPING & HANDLING | $50.00 |
| TOTAL | $1,214.50 |

Please make all checks payable to: **TSG Reporting, Inc.**      **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 9/28/2012
**INVOICE #** 091912-117588

**Bill To:**   Kathleen Jones Goldman Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**       Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**    Virgil E. Wenger
**DATE:**       9/19/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 6.5 | $100.00 | $650.00 |
| Videosynch / Tape | 4 | $125.00 | $500.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,475.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,515.00 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/5/2012
**INVOICE #** 092012-305746

**Bill To:**   Kathleen Jones Goldman Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

**CASE:**       Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**    William S. Susman
**DATE:**       9/20/2012
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 157 | $4.75 | $745.75 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 157 | -$0.25 | -$39.25 |
| | | SUBTOTAL | $846.50 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $896.50 |

Please make all checks payable to: **TSG Reporting, Inc.**       **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/5/2012
**INVOICE #** 092012-305747

**Bill To:**  Kathleen Jones Goldman Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:** Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:** William S. Susman
**DATE:** 9/20/2012
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer – Additional Hours | 4.5 | $100.00 | $450.00 |
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified – MPEG – Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,150.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,190.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

## Gibson
### COURT REPORTING

606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE  37901-1709
865-546-7477  800-562-5802   FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71134 | 10/8/2012 | 47099 |

| Job Date | Case No. |
|---|---|
| 10/3/2012 | 2:11-CV-01588-GLL |

| Case Name |
|---|
| Norfolk Southern Railway v Pittsburgh & West Virginia Railroad |

| Payment Terms |
|---|
| Due upon receipt |

Kathleen J. Goldman
Buchanan Ingersoll & Rooney, PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| C. Howard Capito | 135.00  Pages | 607.50 |
| 4 hours per diem | | 140.00 |
| Postage - Regular Mail | | 8.95 |
| Etranscript by email | | 0.00 |
| | **TOTAL DUE  >>>** | **$756.45** |

Please reference invoice number on check.  Thank You.

**Tax ID:** 62-1451587                                             Phone: 412-562-1401    Fax:412-562-1041

*Please detach bottom portion and return with payment.*

Kathleen J. Goldman
Buchanan Ingersoll & Rooney, PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

| | | |
|---|---|---|
| Invoice No. | : | 71134 |
| Invoice Date | : | 10/8/2012 |
| **Total Due** | : | **$ 756.45** |

Remit To: **Gibson Court Reporting**
          **P.O. Box 1709**
          **Knoxville, TN  37901-1709**

| | | |
|---|---|---|
| Job No. | : | 47099 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:11-CV-01588-GLL |
| Case Name | : | Norfolk Southern Railway v Pittsburgh & West Virginia Railroad |

**Katz Consulting Group**
179 Summers Street, Suite 213
Charleston, WV 25301

**EIN:** 55-0766954

Invoice submitted to:

**Kathleen J. Goldman, Esq.**
**Buchanan, Ingersoll & Rooney PC**
**One Oxford Center**
**401 Grant Street, 20th Floor**
**Pittsburgh, PA 15219-1410**

October 09, 2012
In Reference To: **NSR v Pitt & WV Railroad**
Invoice #  **18602**

## Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/13/2012 REK | Legal Videographer (appearance & DVD media) Deposition of: Robert R. McCoy | | 2.00 | $245.00 |
| REK | Legal Videographer (additional hours) | | 3.00 | $225.00 |
| | **For professional services rendered** | | **5.00** | **$470.00** |

## Media, Expenses, Addn'l Charges:

| | | Qty | Price | |
|---|---|---|---|---|
| 9/13/2012 | Video/Text Synch: Deposition of Robert R. McCoy (186 minutes) | 186 | 1.00 | $186.00 |
| | **Total additional charges** | | | $186.00 |
| | **WV Sales/Service Tax** | | | $39.36 |
| | **Total amount of this bill** | | | $695.36 |

# INVOICE

## Gibson
### COURT REPORTING

606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE  37901-1709
865-546-7477  800-562-5802  FAX 865-545-7440
WWW.GIBSONREPORTERS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71183 | 10/12/2012 | 47099 |

| Job Date | Case No. | |
|---|---|---|
| 10/3/2012 | 2:11-CV-01588-GLL | |

| Case Name | | |
|---|---|---|
| Norfolk Southern Railway v Pittsburgh & West Virginia Railroad | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kathleen Jones Goldman
Buchanan, Ingersoll & Rooney
301 Grant Street
20th Floor
Pittsburg, PA  15219-1410

| Howard Capito Video | | | |
|---|---|---|---|
| First 2 hours - Minimum | | | 195.00 |
| Additional hours | 2.00 | Hours | 170.00 |
| Master Video | 2.00 | Disks | 50.00 |
| Postage - Regular Mail | | | 5.00 |
| **TOTAL DUE >>>** | | | **$420.00** |

Please reference invoice number on check.  Thank You.

**Tax ID:** 62-1451587

Phone: 412-562-8800    Fax:412-562-1041

*Please detach bottom portion and return with payment.*

Kathleen Jones Goldman
Buchanan, Ingersoll & Rooney
301 Grant Street
20th Floor
Pittsburg, PA  15219-1410

| | | |
|---|---|---|
| Invoice No. | : | 71183 |
| Invoice Date | : | 10/12/2012 |
| **Total Due** | : | **$ 420.00** |

Remit To: **Gibson Court Reporting**
**P.O. Box 1709**
**Knoxville, TN  37901-1709**

| | | |
|---|---|---|
| Job No. | : | 47099 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:11-CV-01588-GLL |
| Case Name | : | Norfolk Southern Railway v Pittsburgh & West Virginia Railroad |

# INVOICE



**V O W E L L**
— AND —
**J E N N I N G S**

214 2nd Avenue, North    Ph. 615-256-1935
Nashville, TN 37201    Fax 615-244-3434

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153266 | 10/22/2012 | 67949 |

| Job Date | Case No. | |
|---|---|---|
| 10/4/2012 | 2:11-CV-01588-GLL | |

| Case Name | | |
|---|---|---|
| Norfolk Southern Railway Co., et al. vs. Pittsburgh & West VA Railroad, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Katie Goldman
Buchanan Ingersoll
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Herbert E. Jones, III                                                      1,163.42

**TOTAL DUE >>>**                          **$1,163.42**

Thank you for your business! Vowell & Jennings now also serves Memphis!

---

**Tax ID:** 62-1115311                                      Phone: 412-562-8937    Fax:

*Please detach bottom portion and return with payment.*

Katie Goldman
Buchanan Ingersoll
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219

Invoice No.   :  153266
Invoice Date  :  10/22/2012
**Total Due**    :  **$ 1,163.42**

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN  37201**

Job No.      :  67949
BU ID        :  1-VJ
Case No.     :  2:11-CV-01588-GLL
Case Name    :  Norfolk Southern Railway Co., et al. vs.
                Pittsburgh & West VA Railroad, et al.

# INVOICE



**VOWELL AND JENNINGS**

214 2nd Avenue, North    Ph. 615-256-1935
Nashville, TN 37201    Fax 615-244-3434

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153153 | 10/22/2012 | 67950 |

| Job Date | Case No. | |
|---|---|---|
| 10/4/2012 | 2:11-CV-01588-GLL | |

| Case Name | | |
|---|---|---|
| Norfolk Southern Railway Co., et al. vs. Pittsburgh & West VA Railroad, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Katie Goldman
Buchanan Ingersoll
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219

VIDEO SERVICES FOR DEPOSITION OF:

Herbert E. Jones, III                                                                 693.75

**TOTAL DUE  >>>**                    **$693.75**

Thank you for your business! Vowell & Jennings now also serves Memphis!

**Tax ID:** 62-1115311                                        Phone: 412-562-8937    Fax:

*Please detach bottom portion and return with payment.*

Katie Goldman
Buchanan Ingersoll
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219

Invoice No.    :  153153
Invoice Date   :  10/22/2012
**Total Due**      :  **$ 693.75**

Remit To:  **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN  37201**

Job No.     :  67950
BU ID        :  Video
Case No.    :  2:11-CV-01588-GLL
Case Name  :  Norfolk Southern Railway Co., et al. vs.
Pittsburgh & West VA Railroad, et al.

WILDA F. STONESTREET, C.C.R.
404 WOODBRIDGE DRIVE
CHARLESTON, WV 25311
TELEPHONE: (304) 345-5003
FEDERAL TAX I.D. NO. 25-1922770


TO:    Buchanan Ingersoll & Rooney, PC
       One Oxford Centre, 20th Floor
       301 Grant Street
       Pittsburgh, PA  15219-1410


       Attention:  Kathleen Jones Goldman, Esq.


RE:    Norfolk Southern Railway Company, et al. vs.
       Pittsburgh & West Virginia Railroad, et al.
       Civil Action No. 2:11-cv-01588-GLL


                                        INVOICE NO. 8162

================================================================

10/30/12  Deposition transcript of              $ 863.00
          Robert R. McCoy
          taken on September 13, 2012


                    THANK YOU.

**Invoice**

**BONNIE K. WOLFE**
**Certified Court Reporter**
**1211 Ellen Drive**
**South Charleston, WV 25303**
**(304) 744-4318**

| DATE | INVOICE # |
|------|-----------|
| 11/7/12 | 2080 |

| BILL TO: |
|----------|

Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219-1410
ATTN: KATHLEEN J. GOLDMAN, ESQ.

| DUE D... |
|----------|
| 12/7/12 |

| DESCRIPTION | |
|-------------|--|
| Transcript of the deposition of CHARLES JONES taken 10/17/12, 10:10 a.m. | 364.00 |

IN RE: Norfolk Southern Railway Co., et al.. v. Pittsburgh & WV Railroad, et al.
       Civil Action No. 2:11-cv-01588-GLL (USDC-Western Dist of PA)

Thank you for your business!

| **Total** | 364.00 |
|-----------|--------|

# INVOICE

## SPECTRUM REPORTING LLC

P.O. Box 30984
Columbus, OH 43230-0984
www.spectrumreporting.com

614-444-1000
1-800-635-9071
Fax: 614-444-3340

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35261 | 11/7/2012 | 10954 |
| Job Date | Case No. | |
| 10/23/2012 | 2:11-CV-01588-GLL | |
| Case Name | | |
| Norfolk Southern Railway Company, et al. v Pittsburgh & West Virginia, et al. | | |
| Payment Terms | | |
| Net 30 days; 1.5% per month thereafter | | |

Kathleen Jones Goldman, Esq.
Buchanan, Ingersoll & Rooney PC
301 Grant Street, 20th Fl
Pittsburgh, PA 15219

| | | | | | |
|---|---|---|---|---|---|
| Court Reporting Services at the Deposition of: | | | | | |
| Robert Hamstead | | | | | |
| Reporter attendance | 3.75 | Hours | @ | 55.00 | 206.25 |
| Original transcript | 147.00 | Pages | @ | 3.55 | 521.85 |
| Preparation and emailing of ASCII, PDF and/or E-Transcript | 1.00 | | @ | 0.00 | 0.00 |
| Federal Express delivery | 1.00 | | @ | 22.00 | 22.00 |
| | **TOTAL DUE >>>** | | | | **$750.10** |

Never pay hidden costs! By choosing Spectrum, you will never pay extra transcript charges for word index pages, medical or technical testimony, or videotaped depositions.

Thank you. We appreciate your business!

**Tax ID:** 31-1814524

# INVOICE

**SPECTRUM ⬤ REPORTING LLC**

P.O. Box 30984
Columbus, OH 43230-0984
www.spectrumreporting.com

614-444-1000
1-800-635-9071
Fax: 614-444-3340

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35345 | 11/13/2012 | 10955 |
| **Job Date** | **Case No.** | |
| 10/23/2012 | 2:11-CV-01588-GLL | |
| **Case Name** | | |
| Norfolk Southern Railway Company, et al. v Pittsburgh & West Virginia, et al. | | |
| **Payment Terms** | | |
| Net 30 days; 1.5% per month thereafter | | |

Kathleen Jones Goldman, Esq.
Buchanan, Ingersoll & Rooney PC
301 Grant Street, 20th Fl
Pittsburgh, PA  15219

| | | | | | |
|---|---|---|---|---|---|
| Video Services for the Deposition of: | | | | | |
| Robert Hamstead | | | | | |
| Videographer attendance | 4.25 | Hours | @ | 130.00 | 552.50 |
| Large DV tape (materials) | 2.00 | Tapes | @ | 35.00 | 70.00 |
| Video/text synchronization | 3.00 | Hours | @ | 75.00 | 225.00 |
| Video delivered with transcript (no charge) | 0.00 | | @ | 0.00 | 0.00 |
| | | **TOTAL DUE >>>** | | | **$847.50** |

Never pay hidden costs!  By choosing Spectrum, you will never pay extra transcript charges for word index pages, medical or technical testimony, or videotaped depositions.

Thank you for your business!

**Tax ID:** 31-1814524

# INVOICE



**V O W E L L**
AND
**J E N N I N G S**

214 2ⁿᵈ Avenue, North    Ph. 615-256-1935
Nashville, TN 37201    Fax 615-244-3434

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 153695 | 11/14/2012 | 67950 |

| Job Date | Case No. | |
|---|---|---|
| 10/4/2012 | 2:11-CV-01588-GLL | |

| Case Name | | |
|---|---|---|
| Norfolk Southern Railway Co., et al. vs. Pittsburgh & West VA Railroad, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Bill Vankirk
Buchanan Ingersoll
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219

---

VIDEO SERVICES FOR DEPOSITION OF:

Herbert E. Jones, III ........................................................ 157.50

**TOTAL DUE  >>>**                **$157.50**

Thank you for your business! Vowell & Jennings now also serves Memphis!

---

**Tax ID:** 62-1115311                                Phone: 412-562-8937    Fax:

*Please detach bottom portion and return with payment.*

Bill Vankirk
Buchanan Ingersoll
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219

| | | |
|---|---|---|
| Invoice No. | : | 153695 |
| Invoice Date | : | 11/14/2012 |
| **Total Due** | : | **$ 157.50** |

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting & Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN  37201**

| | | |
|---|---|---|
| Job No. | : | 67950 |
| BU ID | : | Video |
| Case No. | : | 2:11-CV-01588-GLL |
| Case Name | : | Norfolk Southern Railway Co., et al. vs. Pittsburgh & West VA Railroad, et al. |

# INVOICE

## Gibson COURT REPORTING

606 W. MAIN STREET, SUITE 350  P.O. BOX 1709
KNOXVILLE, TENNESSEE 37901-1709
865-546-7477  800-562-5802   FAX 865-546-7440
WWW.GIBSONREPORTERS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71486 | 11/19/2012 | 47099 |

| Job Date | Case No. | |
|---|---|---|
| 10/3/2012 | 2:11-CV-01588-GLL | |

| Case Name | | |
|---|---|---|
| Norfolk Southern Railway v Pittsburgh & West Virginia Railroad | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kathleen J. Goldman
Buchanan Ingersoll & Rooney, PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

| | | |
|---|---|---|
| Howard Capito Video | | |
| Video Synchronizing | 3.00  Hours | 195.00 |
| Postage - Regular Mail | | 5.50 |
| | **TOTAL DUE  >>>** | **$200.50** |

Please reference invoice number on check.  Thank You.

Tax ID: 62-1451587

Phone: 412-562-1401   Fax:412-562-1041

*Please detach bottom portion and return with payment.*

Kathleen J. Goldman
Buchanan Ingersoll & Rooney, PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

| | | |
|---|---|---|
| Invoice No. | : | 71486 |
| Invoice Date | : | 11/19/2012 |
| **Total Due** | : | **$ 200.50** |

Remit To: **Gibson Court Reporting**
          **P.O. Box 1709**
          **Knoxville, TN  37901-1709**

| | | |
|---|---|---|
| Job No. | : | 47099 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2:11-CV-01588-GLL |
| Case Name | : | Norfolk Southern Railway v Pittsburgh & West Virginia Railroad |

WILDA F. STONESTREET, C.C.R.
404 WOODBRIDGE DRIVE
CHARLESTON, WV  25311
TELEPHONE:  (304) 345-5003
FEDERAL TAX I.D. NO. 25-1922770


TO:  Buchanan Ingersoll & Rooney, PC
     One Oxford Centre, 20th Floor
     301 Grant Street
     Pittsburgh, PA  15219-1410


     Attention:  Kathleen Jones Goldman, Esq.


RE:  Norfolk Southern Railway Co., et al. vs.
     Pittsburgh & West Virginia Railroad, et al.
     Civil Action No. 2:11-cv-01588-GLL


                                        INVOICE NO. 8175

===============================================================

11/27/12  Deposition transcript of          $ 897.30
          Robert R. Denyer
          taken on October 16, 2012


                    THANK YOU.

**Katz Consulting Group**
179 Summers Street, Suite 213
Charleston, WV  25301

**EIN:  55-0766954**

Invoice submitted to:

    **Kathleen J. Goldman, Esq.**
    **Buchanan, Ingersoll & Rooney PC**
    **One Oxford Center**
    **401 Grant Street, 20th Floor**
    **Pittsburgh, PA 15219-1410**

December 06, 2012
In Reference To: **NSR v Pitt & WV Railroad**

Invoice #   **18660**

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/16/2012 | REK | Legal Videographer (appearance & DVD media) Deposition of:  Robert Denyer | 2.00 | $245.00 |
| | REK | Legal Videographer (additional hours) | 4.00 | $300.00 |
| 10/17/2012 | AWM | Legal Videographer (appearance & DVD media) Deposition of:  Charles Jones | 2.00 | $245.00 |
| | | **For professional services rendered** | **8.00** | **$790.00** |

### Media, Expenses, Addn'l Charges:

| | | Qty | Price | |
|---|---|---|---|---|
| 10/16/2012 | Video/Text Synch: Deposition of Robert Denyer (230 min) | 230 | 1.00 | $230.00 |
| 10/17/2012 | Video/Text Synch: Deposition of Charles Jones (78 min) | 78 | 1.00 | $78.00 |
| | **Total additional charges** | | | **$308.00** |
| | **WV Sales/Service Tax** | | | **$65.88** |

Kathleen J. Goldman, Esq.                                                    Page     2

                                                                                  Amount

              **Total amount of this bill**                                    **$1,163.88**

              **Previous balance**                                              **$695.36**

**Accounts receivable transactions**

   11/6/2012  Payment - thank you. Check No. 75318                             ($695.36)

              **Total payments and adjustments**                            **($695.36)**


              **Balance due**                                               **$1,163.88**


**PAYMENT TERMS:**  **NET 30**

# INVOICE



**Court Reporting & Trial Technologies**

429 Boulevard of the Allies
Pittsburgh, PA 15219
p. 412-261-2323
f. 412-261-2537
www.akf.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 241766 | 12/27/2012 | 129248 |

| Job Date | Case No. |
|---|---|
| 12/20/2012 | |

| Case Name |
|---|
| NORFOLK SOUTHERN VS. PITTSBURGH & W.VIRGINIA RAILROAD |

| Payment Terms |
|---|
| Due upon receipt |

Parker, Esq., Stanley J.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

CERTIFIED TRANSCRIPT OF:

RANDY NOE, ESQ.

| | | | |
|---|---|---|---|
| | 193.00 Pages | | 656.20 |
| Exhibit | 15.00 Pages | | 3.75 |
| Rough ASCII (A) | 24.00 | | 24.00 |
| Courier | | | 3.00 |
| | **TOTAL DUE >>>** | | **$686.95** |

**Tax ID:** 25-1368597

Phone: 412-562-8800    Fax: 412-562-1041

*Please detach bottom portion and return with payment.*

Parker, Esq., Stanley J.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

| Invoice No. | : | 241766 |
|---|---|---|
| Invoice Date | : | 12/27/2012 |
| **Total Due** | : | **$ 686.95** |

Remit To: **AKF Reporters, Inc.**
429 Boulevard of the Allies
Pittsburgh, PA 15219

| Job No. | : | 129248 |
|---|---|---|
| BU ID | : | 1-AKF |
| Case No. | : | |
| Case Name | : | NORFOLK SOUTHERN VS. PITTSBURGH & W.VIRGINIA RAILROAD |

# INVOICE



436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
*Court Reporting & Trial Technologies*    www.akf.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 241764 | 12/27/2012 | 129247 |

| Job Date | Case No. |
|---|---|
| 12/19/2012 | |

| Case Name |
|---|
| NORFOLK SOUTHERN VS. PITTSBURGH & W.VIRGINIA RAILROAD |

| Payment Terms |
|---|
| Due upon receipt |

Braver, Esq., Samuel W.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

| CERTIFIED TRANSCRIPT OF: | | |
|---|---|---|
| MICHAEL COX | 259.00 Pages | 880.60 |
| Exhibit | 105.00 Pages | 26.25 |
| Courier | | 3.00 |
| | **TOTAL DUE >>>** | **$909.85** |

Tax ID: 25-1368597                                Phone: 412-562-8800   Fax: 412-562-1041

*Please detach bottom portion and return with payment.*

Braver, Esq., Samuel W.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

Invoice No.    :  241764
Invoice Date   :  12/27/2012
**Total Due**     :  **$ 909.85**

Remit To: **AKF Reporters, Inc.**
**436 Boulevard of the Allies**
**Pittsburgh, PA 15219**

Job No.     :  129247
BU ID       :  1-AKF
Case No.    :
Case Name   :  NORFOLK SOUTHERN VS. PITTSBURGH & W.VIRGINIA RAILROAD

# INVOICE

## AKF
### Court Reporting & Trial Technologies

436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
www.akf.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 241802 | 12/28/2012 | 129246 |
| **Job Date** | **Case No.** | |
| 12/18/2012 | | |
| **Case Name** | | |
| NORFOLK SOUTHERN  VS.  PITTSBURGH & W.VIRGINIA RAILROAD | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Parker, Esq., Stanley J.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA  15219

CERTIFIED TRANSCRIPT OF:
MARCELLUS KIRCHNER

| | | | |
|---|---|---|---|
| | 288.00 | Pages | 864.00 |
| Exhibit | 149.00 | Pages | 37.25 |
| COLOR COPIES | 4.00 | | 4.00 |
| Courier | | | 3.00 |
| | **TOTAL DUE  >>>** | | **$908.25** |

**Tax ID:** 25-1368597

Phone: 412-562-8800   Fax:412-562-1041

*Please detach bottom portion and return with payment.*

Parker, Esq., Stanley J.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA  15219

Invoice No.     :  241802
Invoice Date   :  12/28/2012
**Total Due**      :  **$ 908.25**

Remit To: **AKF Reporters, Inc.**
          **436 Boulevard of the Allies**
          **Pittsburgh, PA  15219**

Job No.      :  129246
BU ID        :  1-AKF
Case No.     :
Case Name    :  NORFOLK SOUTHERN  VS.  PITTSBURGH &
                W.VIRGINIA RAILROAD

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18227723 | 01/16/2013 | 1807-177138 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/09/2013 | CADYRE | 211CV01558 |

CASE CAPTION

Stanley J. Parker
Buchanan Ingersol Rooney
One Oxford Center 20th floor
Pittsburgh, PA 15219

Norfolk Southern v. Pittsburgh & West Virginia Railroad

TERMS

Immediate, sold FOB Merrill facility

EXPEDITED COPY OF TRANSCRIPT OF:
   Michael Mokodean

                                                                    1,243.40

                              TOTAL   DUE   >>>>        1,243.40

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.:  20-2665382

                                        (412) 392-2031    Fax (412) 562-1041

*Please detach bottom portion and return with payment.*

Stanley J. Parker
Buchanan Ingersol Rooney
One Oxford Center 20th floor
Pittsburgh, PA 15219

                              Invoice No.:  18227723
                              Date      :  01/16/2013
                              TOTAL DUE :    1,243.40


                              Job No.   :  1807-177138
                              Case No.  :  211CV01558
                              Norfolk Southern v. Pittsburgh & Wes

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

# INVOICE

**AKF**
Court Reporting & Trial Technologies

436 Boulevard of the Allies
Pittsburgh, PA 15219
P: 412-261-2323
F: 412-261-2537
www.akf.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 242013 | 1/23/2013 | 129403 |

| Job Date | Cause No. |
|---|---|
| 1/10/2013 | |

| Case Name |
|---|
| NORFOLK SOUTHERN  VS.  PITTSBURGH & WEST VIRGINIA RAILROAD |

| Payment Terms |
|---|
| Due upon receipt |

Braver, Esq., Samuel W.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

CERTIFIED TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| JOHN FOLEY | | | |
| | Exhibit | 68.00  Pages | 163.20 |
| | Courier | 7.00  Pages | 1.75 |
| | | | 3.00 |
| | | **TOTAL DUE  >>>** | **$167.95** |

**Tax ID:** 25-1368597

Phone: 412-562-8800    Fax:412-562-1041

*Please detach bottom portion and return with payment.*

Braver, Esq., Samuel W.
BUCHANAN INGERSOLL & ROONEY
20th Floor, One Oxford Centre
Pittsburgh, PA 15219

| | | |
|---|---|---|
| Invoice No. | : | 242013 |
| Invoice Date | : | 1/23/2013 |
| **Total Due** | **:** | **$167.95** |

| | | |
|---|---|---|
| Job No. | : | 129403 |
| BU ID | : | 1-AKF |
| Cause No. | : | |
| Case Name | : | NORFOLK SOUTHERN  VS.  PITTSBURGH & WEST VIRGINIA RAILROAD |

Remit To:   **AKF Reporters, Inc.**
            **436 Boulevard of the Allies**
            **Pittsburgh, PA 15219**

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18229641 | 02/11/2013 | 1807-177239 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/16/2013 | PIERRE | 211CV01558 |

| CASE CAPTION |
|---|
| Norfolk Southern v. Pittsburgh & West Virginia Railroad |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

```
COPY OF TRANSCRIPT AND WORD INDEX OF:                              716.40
   Michael Cox
```
```
                                        TOTAL   DUE   >>>>        716.40
```
```
Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 716.40 |
|---|---|---|---|---|---|

TAX ID NO. : 20-2665382                                    (412) 392-2031   Fax (412) 562-1041

*Please detach bottom portion and return with payment.*

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

```
Invoice No.:  18229641
Date       :  02/11/2013
TOTAL DUE  :     716.40
```

```
Job No.  :  1807-177239
Case No. :  211CV01558
Norfolk Southern v. Pittsburgh & We
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18229639 | 02/11/2013 | 1807-177237 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/14/2013 | PIERRE | 211CV01558 |
| **CASE CAPTION** | | |
| Norfolk Southern v. Pittsburgh & West Virginia Railroad | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

---

```
COPY OF TRANSCRIPT AND WORD INDEX OF:
   Valerie Hall                                                        801.60

                                    TOTAL    DUE   >>>>               801.60

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

---

| (-) PAYMENTS/CREDITS | 0.00 | (+) FINANCE CHARGE | 0.00 | (=) NEW BALANCE | 801.60 |
|---|---|---|---|---|---|

TAX ID NO. :  20-2665382                                    (412) 392-2031    Fax (412) 562-1041

*Please detach bottom portion and return with payment.*

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

```
Invoice No.:  18229639
Date       :  02/11/2013
TOTAL DUE  :    801.60


Job No.    :  1807-177237
Case No.   :  211CV01558
Norfolk Southern v. Pittsburgh & We
```

Remit To:     **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18229857 | 02/13/2013 | 1807-177568 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/22/2013 | TAYLA9 | 211CV01558 |

**CASE CAPTION**

Norfolk Southern v. Pittsburgh & West Virginia Railroad

**TERMS**

Immediate, sold FOB Merrill facility

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street 20th Floor
Pittsburgh, PA 15219

COPY OF TRANSCRIPT AND WORD INDEX OF:
    John Friedmann                                                           684.90

                                        TOTAL   DUE   >>>>          684.90

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO.: 20-2665382                           (412) 392-2031   Fax (412) 562-1041

*Please detach bottom portion and return with payment.*

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street 20th Floor
Pittsburgh, PA 15219

Invoice No.:  18229857
Date       :  02/13/2013
**TOTAL DUE :**      684.90

Job No.   :  1807-177568
Case No.  :  211CV01558
Norfolk Southern v. Pittsburgh & Wes

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/13/2013
**INVOICE #** 012213-401395
**CLIENT MATTER #** 64831-1056

**Bill To:**     Stanley J. Parker Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

**CASE:**      Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**   Peter Anglum Esq. / Richard Baumann
**DATE:**      1/22/2013
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 3.5 | $100.00 | $350.00 |
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,050.00 |
| | | SHIPPING & HANDLING | $35.00 |
| | | TOTAL | $1,085.00 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/13/2013
**INVOICE #** 012213-401394
**CLIENT MATTER #** 64831-1056

**Bill To:**     Stanley J. Parker Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

**CASE:**        Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**     Peter Anglum Esq. / Richard Baumann
**DATE:**        1/22/2013
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 162 | $4.75 | $769.50 |
| Rough ASCII | 162 | $1.50 | $243.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Hard, Scanned & Hyperlinked - Black & White | 332 | $0.50 | $166.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 162 | -$0.25 | -$40.50 |
| | | SUBTOTAL | $1,278.00 |
| | | SHIPPING & HANDLING | $35.00 |
| | | TOTAL | $1,313.00 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18230706 | 02/22/2013 | 1807-177238 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/15/2013 | PIERRE | 211CV01558 |

**CASE CAPTION**

Norfolk Southern v. Pittsburgh & West Virginia Railroad

**TERMS**

Immediate, sold FOB Merrill facility

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

```
COPY OF TRANSCRIPT AND WORD INDEX OF:
    Vickie Klaiber                                              200.20

COPY OF TRANSCRIPT AND WORD INDEX OF:
    Jennifer Chapman                                           496.90

                              TOTAL  DUE  >>>>               697.10


Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO.: 20-2665382                                      (412) 392-2031    Fax (412) 562-1041

*Please detach bottom portion and return with payment.*

Samuel W Braver
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

```
Invoice No.:  18230706
Date       :  02/22/2013
TOTAL DUE  :     697.10



Job No.    :  1807-177238
Case No.   :  211CV01558
Norfolk Southern v. Pittsburgh & Wes
```

Remit To:   **LegaLink, Inc.**
            **PO Box 277951**
            **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18232155 | 03/08/2013 | 1807-179446 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/07/2013 | CADYRE | 211CV01558 |

| CASE CAPTION |
|---|
| Norfolk Southern v. Pittsburgh & West Virginia Railroad |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Stanley J Parker
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street 20th Floor
Pittsburgh, PA 15219

COPY OF TRANSCRIPT AND WORD INDEX OF:
  Clarence Jaeger                                                 290.90

COPY OF TRANSCRIPT AND WORD INDEX OF:
  Casey O'Connor                                                484.70

                                  TOTAL   DUE   >>>>   775.60

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

TAX ID NO. : 20-2665382                                          (412) 392-2031    Fax  (412) 562-1041

*Please detach bottom portion and return with payment.*

Stanley J Parker
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street 20th Floor
Pittsburgh, PA 15219

Invoice No. :  18232155
Date      :  03/08/2013
**TOTAL DUE** :    775.60

Job No.    :  1807-179446
Case No.   :  211CV01558
Norfolk Southern v. Pittsburgh & Wes

Remit To:    **LegaLink, Inc.**
              **PO Box 277951**
              **Atlanta, GA 30384**

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18232149 | 03/08/2013 | 1807-179034 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/29/2013 | CADYRE | 211CV01558 |

| CASE CAPTION | | |
|---|---|---|
| Norfolk Southern v. Pittsburgh & West Virginia Railroad | | |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Stanley J Parker
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street 20th Floor
Pittsburgh, PA 15219

```
COPY OF TRANSCRIPT AND WORD INDEX OF:
  Larry Parsons
                                                        1,177.60


                          TOTAL  DUE  >>>>         1,177.60

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)
```

TAX ID NO.: 20-2665382

(412) 392-2031    Fax (412) 562-1041

*Please detach bottom portion and return with payment.*

Stanley J Parker
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street 20th Floor
Pittsburgh, PA 15219

```
Invoice No.:  18232149
Date      :  03/08/2013
TOTAL DUE :   1,177.60


Job No.   :  1807-179034
Case No.  :  211CV01558
Norfolk Southern v. Pittsburgh & Wes
```

Remit To:    **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**

# MERRILL CORPORATION

**LegaLink, Inc.**

225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18231994 | 03/28/2013 | 1807-180294 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/27/2013 | TAYLA9 | 211CV01558 |
| **CASE CAPTION** | | |
| Norfolk Southern v. Pittsburgh & West Virginia Railroad | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Stanley J Parker
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

---

COPY OF TRANSCRIPT AND WORD INDEX OF:
   Randal S. Noe

                                           1,344.10

                        TOTAL   DUE  >>>>      1,344.10

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

---

TAX ID NO.: 20-2665382

(412) 392-2031   Fax (412) 562-1041

*Please detach bottom portion and return with payment.*

Stanley J Parker
Buchanan Ingersol Rooney
One Oxford Center
301 Grant Street  20th Floor
Pittsburgh, PA 15219

Invoice No.:  18231994
Date    :  03/28/2013
**TOTAL DUE**  :   **1,344.10**

Job No.   :  1807-180294
Case No.   :  211CV01558
Norfolk Southern v. Pittsburgh & Wes

Remit To:   **LegaLink, Inc.**
             **PO Box 277951**
             **Atlanta, GA 30384**



INVOICE NO.   **P57237**

Federal Employer
Identification No. 25-1419287

| Bill To |
|---|
| **Buchanan Ingersoll & Rooney**<br>**One Oxford Centre, 20th Floor**<br>**301 Grant Street**<br>**Pittsburgh, Pennsylvania  15219**<br>**ATTN: Kathleen Goldman, Esquire** |

6/24/2013

| Serviced | Description | Amount |
|---|---|---|
| | **To Services In Re:   Norfolk Southern Railway**<br>**Company and Wheeling & Lake Erie Railway** | |
| 6/19/2013 | **To Attendance of Reporter** | 70.00 |
| | **To Transcript, Deposition of**<br>  **David Kaplan**<br>  **Original and One Copy** | 1,109.53 |
| | **\*\*EXPEDITED\*\*** | |
| | **To E-Transcript** | 35.00 |
| | **Pay online at:**<br>**https://ipn.intuit.com/s46t6nrq** | |

| Reporter:Endler | Total | **$1,214.53** |
|---|---|---|

**Morse, Gantverg & Hodge, Inc.**

Eugene C. Forcier
President

MGHPittsburgh@aol.com
www.mghpittsburgh.com

One Bigelow Square, Suite 719, Pittsburgh, PA 15219
412/281-0189   Fax 412/281-4826   800-966-4157

**Erie** – 814/833-1799   **Johnstown** – 814/539-8811
**New Castle** – 724/656-1002   **Morgantown, WV** – 304/906-2282

**Real-Time:** Summation, CaseView, LiveNote
**ASCII:** Summation, Amicus ZX, MS-Word
**Condensed** – Word Index

Depositions
Arbitrations
Legal Videotaping
Patent Hearings
Meetings

Members: N.C.R.A.
P.C.R.A.

# STATEMENT

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
Phone:215.207.9460  Fax:215.207.9461

| Account No. | Date |
|---|---|
| C42820 | 8/27/2013 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $1,255.56 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,255.56** |

Samuel W. Braver, Esquire
Buchanan, Ingersoll & Rooney
1 Oxford Center 20th Floor
301 Grant Street
Pittsburgh, PA 15219

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 7/17/2013 | 133106 | 1,255.56 | 7/2/2013 | Walter Pagano | Norfolk Southern Railway Co, et al v. Pittsburge & West Virginia Railroad, et al |

Phone: 412-562-8800    Fax:

**Tax ID:** 20-8474245

*Please detach bottom portion and return with payment.*

Samuel W. Braver, Esquire
Buchanan, Ingersoll & Rooney
1 Oxford Center 20th Floor
301 Grant Street
Pittsburgh, PA 15219

Account No.  :  C42820
Date  :  8/27/2013

**Total Due**  :  **$ 1,255.56**

Magna Legal Services LLC



INVOICE NO.    **P57325**

Federal Employer
Identification No. 25-1419287

| Bill To |
|---|
| **Buchanan Ingersoll & Rooney**<br>**One Oxford Centre, 20th Floor**<br>**301 Grant Street**<br>**Pittsburgh, Pennsylvania  15219**<br>**ATTN: Kathleen Goldman, Esquire** |

7/19/2013

| Serviced | Description | Amount |
|---|---|---|
| | In Re:  Norfolk Southern Railway vs. Pittsburgh & West Virginia Railroad, et al. | |
| 6/19/2013 | To Videotape, Deposition of<br>    David Caplan<br>    Original | 550.00 |
| | Pay online at:<br>https://ipn.intuit.com/x8tr7g67 | |
| **Videographer:Molitierno** | **Total** | **$550.00** |

---

Eugene C. Forcier
President

MGHPittsburgh@aol.com
www.mghpittsburgh.com

**Morse, Gantverg & Hodge, Inc.**
One Bigelow Square, Suite 719, Pittsburgh, PA 15219
412/281-0189   Fax 412/281-4826   800-966-4157

**Erie** - 814/833-1799    **Johnstown** - 814/539-8811
**New Castle** - 724/656-1002    **Morgantown, WV** - 304/906-2282

**Real-Time:** Summation, CaseView, LiveNote
**ASCII:** Summation, Amicus ZX, MS-Word
**Condensed** - Word Index

Depositions
Arbitrations
Legal Videotaping
Patent Hearings
Meetings

Members: N.C.R.A.
P.C.R.A.



INVOICE NO.  **P57464**

Federal Employer
Identification No. 25-1419287

---

**Bill To**

**Buchanan Ingersoll & Rooney**
**One Oxford Centre, 20th Floor**
**301 Grant Street**
**Pittsburgh, Pennsylvania 15219**
**ATTN: John Leathers, Esquire**

9/13/2013

| Serviced | Description | Amount |
|---|---|---|
| | **In Re: Norfolk Southern Railway Co., et al. vs. Pittsburgh & West Virginia Railroad and Power Reit** | |
| 6/19/2013 | **To Sync Video to Transcript** **181 Pages @ $2.00 per page** | 362.00 |
| | **To Transfer DVCam to Digital Format** **4 Hours @ $50.00 per Hour** | 200.00 |
| | **Pay online at:** **https://ipn.intuit.com/3xtwpnq6** | |
| **Videographer:Molitierno** | **Total** | **$562.00** |

**Morse, Gantverg & Hodge, Inc.**

Eugene C. Forcier
President

One Bigelow Square, Suite 719, Pittsburgh, PA 15219
412/281-0189   Fax 412/281-4826   800-966-4157

Depositions
Arbitrations
Legal Videotaping
Patent Hearings
Meetings

Erie – 814/833-1799   Johnstown – 814/539-8811
New Castle – 724/656-1002   Morgantown, WV – 304/906-2282

MGHPittsburgh@aol.com
www.mghpittsburgh.com

**Real-Time:** Summation, CaseView, LiveNote
**ASCII:** Summation, Amicus ZX, MS-Word
**Condensed** – Word Index

Members: N.C.R.A.
P.C.R.A.

**Account Number:** ███████

**Account Name:** DeWick Special

**Post Date:** 02/19/2014

**Amount:** $100.00

**Transaction Type:** Checks/Debits

**Seq/Ref#:** ███████

**Check #:** 21308





Retrieved: Wednesday, October 18, 2017 7:24:15 AM
Image On-Demand

# INVOICE

## Pittsburgh Reporting Service

(412)575-5830

Fax (412)575-5825

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 64005 | 12/17/2013 | 12216 |

| Job Date | Case No. | |
|---|---|---|
| 12/13/2013 | | |

| Case Name | | |
|---|---|---|
| Judge McVerry | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Kathleen J. Goldman
Buchanan, Ingersoll & Rooney, P.C.
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219

PAID

HEARING FOR THE ABOVE CASE:

Norfolk Southern vs. Pgh. & WV Railroad Proceedings ............................................ 164.00

**TOTAL DUE >>>** **$164.00**

YOUR ONE-HALF SHARE OF THE COST OF TRANSCRIPT - 2 DAY EXPEDITED

COPY HAS BEEN FILED W/COURT

**Tax ID:** 26-2031585                                    Phone: 412-562-8800   Fax:412-562-1041

*Please detach bottom portion and return with payment.*

Kathleen J. Goldman
Buchanan, Ingersoll & Rooney, P.C.
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219

| | | |
|---|---|---|
| Invoice No. | : | 64005 |
| Invoice Date | : | 12/17/2013 |
| **Total Due** | : | **$ 164.00** |

Remit To: **Pittsburgh Reporting Service**
**1900 Lawyers Building**
**428 Forbes Avenue**
**Pittsburgh, PA 15219**

| | | |
|---|---|---|
| Job No. | : | 12216 |
| BU ID | : | 1-MAIN |
| Case No. | : | |
| Case Name | : | Judge McVerry |

| Account Number: | ▓▓▓▓▓▓ | Transaction Type: | Checks/Debits |
|---|---|---|---|
| Account Name: | DeWick Special | Seq/Ref#: | ▓▓▓▓▓ |
| Post Date: | 01/22/2014 | Check #: | 21399 |
| Amount: | $161.52 | | |



Retrieved: Wednesday, October 18, 2017 7:25:45 AM
Image On-Demand



**TSG**
REPORTING

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2014
**INVOICE #** 041514-321136
**CLIENT MATTER #** 64831-1056

**Bill To:**     Stanley J. Parker Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

**CASE:**        Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**     Arun Mittal
**DATE:**        4/15/2014
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 133 | $4.75 | $631.75 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 219 | $0.30 | $65.70 |
| Exhibits - Scanned & Hyperlinked - Color | 41 | $1.50 | $61.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 133 | -$0.25 | -$33.25 |

| | |
|---|---|
| SUBTOTAL | $795.70 |
| SHIPPING & HANDLING | $30.00 |
| TOTAL | $825.70 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/25/2014
**INVOICE #** 041514-321137
**CLIENT MATTER #** 64831-1056

**Bill To:**  Stanley J. Parker Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

**CASE:**       Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**    Arun Mittal
**DATE:**       4/15/2014
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 2.5 | $100.00 | $250.00 |
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $950.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $975.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2014
**INVOICE #** 041714-321553
**CLIENT MATTER #** 64831-1056

**Bill To:**
Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

**CASE:** Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:** David Harris Lesser - starting on pg 1 per reporter & counsel agreement in room
**DATE:** 4/17/2014
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 178 | $4.75 | $845.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 144 | $0.30 | $43.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 178 | -$0.25 | -$44.50 |

| | | |
|---|---|---|
| SUBTOTAL | | $984.20 |
| SHIPPING & HANDLING | | $50.00 |
| TOTAL | | $1,034.20 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 4/30/2014
**INVOICE #** 041714-321554
**CLIENT MATTER #** 64831-1056

**Bill To:**  Samuel W. Braver Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**  Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**  David Harris Lesser - starting on pg 1 per reporter & counsel agreement in room
**DATE:**  4/17/2014
**LOCATION:**  New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 3.5 | $100.00 | $350.00 |
| Videosynch / Tape | 3 | $125.00 | $375.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $1,050.00 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $1,090.00 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/14/2014
**INVOICE #** 042414-420989
**CLIENT MATTER #** 64831-1056

**Bill To:**    Kathleen Jones Goldman Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

**CASE:**    Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad
**WITNESS:**    Virgil E. Wenger
**DATE:**    4/24/2014
**LOCATION:**    New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 112 | $4.75 | $532.00 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $70.00 | $70.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 99 | $0.30 | $29.70 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 112 | -$0.25 | -$28.00 |
| | | SUBTOTAL | $603.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $653.70 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 5/14/2014
**INVOICE #** 042414-420990
**CLIENT MATTER #** 64831-1056

**Bill To:**    Kathleen Jones Goldman Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

| | |
|---|---|
| **CASE:** | Norfolk Southern Railway Company v. Pittsburgh & West Virginia Railroad |
| **WITNESS:** | Virgil E. Wenger |
| **DATE:** | 4/24/2014 |
| **LOCATION:** | New York, NY |

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $325.00 | $325.00 |
| Videographer - Additional Hours | 2.5 | $100.00 | $250.00 |
| Videosynch / Tape | 2 | $125.00 | $250.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $825.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $865.00 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

Invoice No. 2015-01
January 6, 2015

*PLEASE MAKE CHECK PAYABLE TO*:

Richard T. Ford
Official Court Reporter
6260 U.S. Courthouse
700 Grant Street
Pittsburgh, PA  15219
(412) 261-0802
rtf6260@verizon.net (email)

*To*:      Kathleen J. Goldman, Esq.
           Buchanan Ingersoll & Rooney


           Phone:    (412) 562-8814         (Jeanne)
           E-mail:   jeanne.steer@bipc.com


*In Re*:   Norfolk Southern, et al. vs. P&WV, et al.
           CA 11-1588
           Hearing Transcript
           Hearing Date:  December 16, 2014
           Terrence F. McVerry, District Judge


           132 pages @ $3.65 per page          $ 481.80
           Ordinary Rate


                    **TOTAL DUE:**            **$ 481.80**


I certify that the transcript fees charged and page format
used comply with the requirements of this court and the
Judicial Conference of the United States

# INVOICE

Invoice No. 2015-70
August 24, 2015

*PLEASE MAKE CHECK PAYABLE TO*:

Richard T. Ford
Official Court Reporter
6260 U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
(412) 261-0802
rtf6260@verizon.net (email)

*To*:     Kathleen J. Goldman, Esq.
          Buchanan Ingersoll & Rooney

          Phone:   (412) 562-8814        (Jeanne)
          E-mail:  jeanne.steer@bipc.com

*In Re*:  Norfolk Southern, et al. vs. P&WV, et al.
          CA 11-1588
          Trial Transcripts
          Trial Dates: August 3-6, 2015
          Terrence F. McVerry, District Judge

          723 pages @ $ 4.55 per page        $ 3,289.65
          Ordinary Rate
One-half due each party                      (1,644.83)


                  **TOTAL DUE:**            **$ 1,644.82**


I certify that the transcript fees charged and page format
used comply with the requirements of this court and the
Judicial Conference of the United States