# EXHIBIT C

# Exclusive Process Service, Corp.

Exclusive Process Service, Corp.
P.O. Box 858
New York, NY 10268

(212)608-1555
jroldan@exclusiveprocess.com

## Invoice

| Date | Invoice # |
|---|---|
| 12/19/2011 | 7937 |
| Terms | Due Date |
| Net 30 | 01/18/2012 |

**Bill To**

Jonah Perry
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue
New York,, NY 10018

| Amount Due | Enclosed |
|---|---|
| $436.00 | |

Please detach top portion and return with your payment.

| Client / Matter | Venue | Index # |
|---|---|---|
| ? | USDC WDPA | 11 CV 01588 |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 12/19/2011 | | NORFOLK SOUTHERN RAILWAY COMPANY VS. PITTSBURGH & WEST VIRGINIA | |
| 12/19/2011 | | Serve a Summons and Complaint upon 1) Pittsburgh & West Virginia Railroad and 2) Power REIT, both located at 55 Edison Avenue, West Babylon, New York and return two affidavits of service to the client on a rush basis. | |
| 12/19/2011 | Service of Process | Served Pittsburgh & West Virginai Railroad | 295.00 |
| 12/19/2011 | Service of Process | Served Power REIT | 129.00 |
| 12/19/2011 | Administrative Fee | | 12.00 |

#0064831 -
001056
Stan Parker/jn

| | Total | $436.00 |
|---|---|---|

**Keith Pickens Jr.**
797 Pacific St.
Charleston, WV 25302
Cell 304-395-0832 Home 304-205-7158
KeithPickensJr@gmail.com

Invoice No.    1001

# INVOICE

### Customer
| | |
|---|---|
| Name | Buchanan Ingersoll & Rooney PC |
| Address | One Oxford Centre 301 Grant Street, 20th Floor |
| City | Pittsburgh    State PA    ZIP 19102 |
| Phone | 1-412-562-8800 |

| | |
|---|---|
| Date | 9/5/2012 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | Service of process upon Charles T. Jones | | $70.00 |
| | Norfolk Southern Railway Company et al. | | |
| | v. | | |
| | Pittsburgh & West Virginia Railroad and Power REIT | | |
| | Civil Action No. 2:11-cv-01588-GLL | | |
| | Contact Kathleen Jones Goldman | | |

| | | |
|---|---|---|
| | SubTotal | $70.00 |
| | Shipping & Handling | $0.00 |
| Taxes | 6% | |
| | **TOTAL** | $70.00 |

### Payment Details
○ Cash
◉ Check
○ Credit Card

Name _____
CC # _____
     Expires _____

Office Use Only

*64831-1056*

**Account Number:** ▮▮▮▮▮▮
**Account Name:** DeWick Special
**Post Date:** 10/03/2012
**Amount:** $55.00

**Transaction Type:** Checks/Debits
**Seq/Ref#:** ▮▮▮▮▮▮
**Check #:** 20395



BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
:001 GRANT ST., FL 20  412-562-8400
PITTSBURGH, PA 15219-1410

Check # 20395
DATE Aug. 31, 2012

PAY TO THE ORDER OF Allied Investigative Services  $55.00
Fifty five and no/100  DOLLARS

PNCBANK
PNC Bank, N.A. (00)
Pittsburgh, PA

FOR _____

Steven C. DeWick

⑆0203950⑆



Retrieved: Wednesday, October 18, 2017 7:18:36 AM
Image On-Demand

**TENNESSEE PROCESS SERVICES**
P.O. Box 34
Knoxville, TN 37901
Phone: 865-765-0875

**Invoice Number: 12-0135**  Date: 9/6/12

| Attorney | Matter | Case Number | Court Filed | Date of Service | Amount Due |
|---|---|---|---|---|---|
| Buchanan Ingersoll & Rooney | Norfolk Southern v. Pittsburg | 2:11-cv-01588-GLL | USDC | 9/5/12 | $55.00 |

Service upon C. Howard Capito

Amount Due:  $55.00


PAID 9/4/12

**Account Number:** ▮▮▮▮
**Account Name:** DeWick Special
**Post Date:** 09/11/2012
**Amount:** $70.00

**Transaction Type:** Checks/Debits
**Seq/Ref#:** ▮▮▮▮
**Check #:** 20410



BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
301 GRANT ST., FL. 20  412-562-8460
PITTSBURGH, PA 15219-1410

20410

DATE September 7, 2012

PAY TO THE ORDER OF  Keith Pickens, Jr.     $ 70.00

seventy + 00/100   DOLLARS

PNC BANK
PNC Bank, N.A.   001
Pittsburgh, PA

FOR _____   Mark J. Brown

⑈0 20 4 10⑈



(endorsement side)
$70.00
13:21
Cashed Check With Fee
09/11/12   .30   .60
First Bank of Charleston

BOFD >
2012-09-11

Retrieved: Wednesday, October 18, 2017 7:15:32 AM
Image On-Demand

**Account Number:** ███
**Account Name:** DeWick Special
**Post Date:** 09/26/2012
**Amount:** $149.00

**Transaction Type:** Checks/Debits
**Seq/Ref#:** ███
**Check #:** 20446

---

**BUCHANAN INGERSOLL & ROONEY PC**
ONE OXFORD CENTRE
301 GRANT ST., FL 20  412-562-8400
PITTSBURGH, PA 15219-1410

Check # 20446

DATE September 25, 2012

PAY TO THE ORDER OF   C.O.P.S.                    $ 149.00
One hundred and forty-nine + 00/100   DOLLARS

**PNC BANK**
PNC Bank, N.A.
Pittsburgh, PA

Signed: M—. Bodine

FOR _____

⑆020446⑆ ███

—

JPMorgan Chase Bank ███

---

Retrieved: Wednesday, October 18, 2017 7:16:16 AM
Image On-Demand

# Exclusive Process Service, Corp.

Exclusive Process Service, Corp.
P.O. Box 1014
Throggs Neck, NY 10465

(212)608-1555
jroldan@exclusiveprocess.com

## Invoice

| Date | Invoice # |
|---|---|
| 10/11/2012 | 9106 |
| Terms | Due Date |
| Net 30 | 11/10/2012 |

**Bill To**

Jonah Perry
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue
New York,, NY 10018

| Amount Due | Enclosed |
|---|---|
| $145.50 | |

Please detach top portion and return with your payment.

| | | Client / Matter | Venue | Index # |
|---|---|---|---|---|
| | | ? | USDC / NJ | 11 CV 01588 GLL |
| Date | Service | Activity | | Amount |
| 10/11/2012 | | NORFOLK SOUTHERN RAILWAY COMPANY et.al. VS. PITTSBURGH & WEST VIRGINIA RAILROAD AND POWER REIT | | |
| 10/11/2012 | | Serve a Subpoena to Appear and Testify upon PricewaterhouseCoopers, LLP. located at 300 Madison Ave, Lobby, New York, NY 10017 and return an affidavit of service to the client. | | |
| 10/11/2012 | Service of Process | | | 129.00 |
| 10/11/2012 | Transportation | Train fare | | 4.50 |
| 10/11/2012 | Administrative Fee | | | 12.00 |

| | Total | $145.50 |
|---|---|---|

# Exclusive Process Service, Corp.

Exclusive Process Service, Corp.
P.O. Box 1014
Throggs Neck, NY 10465

(212)608-1555
jroldan@exclusiveprocess.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/11/2012 | 9108 |
| Terms | Due Date |
| Net 30 | 12/06/2012 |

**Bill To**

Jonah Perry
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue
New York,, NY 10018

| Amount Due | Enclosed |
|---|---|
| $255.00 | |

Please detach top portion and return with your payment.

| Client / Matter | Venue | Index # |
|---|---|---|
| 64834-1056 | USDC / NJ | 11 CV 01588 GLL |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 10/11/2012 | | NORFOLK SOUTHERN RAILWAY COMPANY et.al. VS. PITTSBURGH & WEST VIRGINIA RAILROAD AND POWER REIT | |
| 10/11/2012 | | Serve a Subpoena to Testify at a Deposition in a Civil Action upon BDO USA, LLP. located at 90 Woodbridge Center Drive, 4th Floor, Woodbridge, NJ 07095 and return an affidavit of service to the client. | |
| 10/11/2012 | Service of Process | | 225.00 |
| 10/11/2012 | Tolls | | 18.00 |
| 10/11/2012 | Administrative Fee | | 12.00 |

| | Total | $255.00 |
|---|---|---|

# Exclusive Process Service, Corp.

Exclusive Process Service, Corp.
P.O. Box 1014
Throggs Neck, NY 10465

(212)608-1555
jroldan@exclusiveprocess.com

## Invoice

| Date | Invoice # |
|---|---|
| 10/11/2012 | 9107 |
| Terms | Due Date |
| Net 30 | 12/06/2012 |

**Bill To**

Jonah Perry
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue
New York,, NY 10018

| Amount Due | Enclosed |
|---|---|
| $145.50 | |

Please detach top portion and return with your payment.

| Client / Matter | Venue | Index # |
|---|---|---|
| 64831-1086 | USDC / NJ | 11 CV 01588 GLL |

| Date | Service | Activity | Amount |
|---|---|---|---|
| 10/11/2012 | | NORFOLK SOUTHERN RAILWAY COMPANY et.al. VS. PITTSBURGH & WEST VIRGINIA RAILROAD AND POWER REIT | |
| 10/11/2012 | | Serve a Subpoena to Testify at a Deposition In a Civil Action upon KPMG, LLP. located at 919 Third Ave, Lobby, New York, NY and return an affidavit of service to the client. | |
| 10/11/2012 | Service of Process | | 129.00 |
| 10/11/2012 | Transportation | Train fare | 4.50 |
| 10/11/2012 | Administrative Fee | | 12.00 |

Total  $145.50

# Exclusive Process Service, Corp.

Exclusive Process Service, Corp.
P.O. Box 1014
Throggs Neck, NY 10465

(212)608-1555
exclusiveprocess@gmail.com

## Invoice

| Date | Invoice No. |
|---|---|
| 01/28/2014 | 10202 |
| Terms | Due Date |
| Net 30 | 02/27/2014 |

**Bill To**

Jonah Perry
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue
New York,, NY 10018

| Amount Due | Enclosed |
|---|---|
| $252.00 | |

Please detach top portion and return with your payment.

| | | Client / Matter | Venue | Index # |
|---|---|---|---|---|
| | | 0064831-001056 | USDC WDPA | 11 CV 1588 |
| Date | Service | Activity | | Amount |
| 01/28/2014 | | NORFOLK SOUTHERN RAILWAY COMPANY VS. PITTSBURGH & WEST VIRGINAI RAILROAD | | |
| 01/28/2014 | | Serve a Subpoena To Produce Documents upon BDO USA, LLP located at 90 Woodbridge Center Drive, 4th Floor, Woodbridge, New Jersey 07095 and return an affidavit of service to the client. | | |
| 01/28/2014 | Service of Process | | | 225.00 |
| 01/28/2014 | Tolls | | | 15.00 |
| 01/28/2014 | Administrative Fee | | | 12.00 |

| | Total | $252.00 |
|---|---|---|

**APPLE ATTORNEY SERVICE**
**PO BOX 470**
**MINEOLA NY 11501**
**516-742-0077**

BUCHANAN INGERSOLL & ROONEY PC
1290 AVENUE OF THE AMERICAS
30TH FLOOR
NEW YORK, NY 10104-3001
ATTN: ACCOUNTS PAYABLE

| Billing Date: 04/05/2014 | Invoice #: 201420607 | Page: 2 |
|---|---|---|

PLAINTIFF:
NORFOLK SOUTHERN RAILWAY COMPANY, ET AL.

PARTY SERVED: THOMAS KONRAD

DATE SERVED: 03/25/2014

JONAH PERRY ORDERED THIS SERVICE
$50.00  SERVICE OF SUBPOENA TO PRODUCE IN UPSTATE STONE RIDGE NY.

---

PLAINTIFF:
NORFOLK SOUTHERN RAILWAY COMPANY, ET AL.

PARTY SERVED: THOMAS KONRAD

DATE SERVED: 03/25/2014

JONAH PERRY ORDERED THIS SERVICE
$475.00  RUSH PERSONAL SUBPOENA SERVICE IN UPSTATE STONE RIDGE NY & WAIT FOR WITNESS TO COME OUT OF HIS HOUSE. INCLUDES RUSH ATTEMPT THE EVENING BEFORE ON 3/24/14.
$145.00  WITNESS FEE

# PITTSBURGH INFORMATION AND RESEARCH COMPANY

P.O. Box 99181
Pittsburgh, PA 15233-4181

(412) 766-3832 * FAX (412) 761-5391

Tax ID #25-1647326

**INVOICE DATE:** June 29, 2015

**INVOICE #:** 15-0247

Kathleen J. Goldman, Esquire
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

**RE:** Norfolk Southern Railway Company, et al.
vs.
Pittsburgh & West Virginia Railroad, et al.

**FILE #:** 2:11-cv-1588

## SERVICES

| | | |
|---|---|---|
| Saturday, June 27, 2015 | Service of Larry Skrzysowski at 457 Marietta Place, Pittsburgh, PA 15228 (Personal service was accepted by Larry Skrzysowski at 9:25 AM) | $60.00 |
| | Total Mileage (36) | $23.40 |
| | **Invoice Total:** | **$83.40** |

If you have any questions concerning this matter, please do not hesitate to contact our office.

Very truly yours,

*William C. Onyshko*
William C. Onyshko
Secretary / Treasurer

6/30/15
SRO

*Terms*
*Net 30 Days – Past due balances are subject to a 1.5% monthly finance/service charge.*
*Please include Invoice # with your remittance to assure proper credit.*