# EXHIBIT D

BUCHANAN INGERSOLL & ROONBUCHANAN INGERSOLL & ROONEY PCHSBC BANK USA ACCT. # [redacted]

DATE: 10-10-12 PAYEE: KPMG LLP VENDOR #: KPMG CHECK #: 13151

| REF. # | INVOICE # | INV. DATE | INV. AMOUNT | DISCOUNT | AMT. PAID |
|---|---|---|---|---|---|
| 904406 | Witness Fee | 10-10-12 | 44.50 | 0.00 | 44.50 |
| | | | TOTAL | | $44.50 |

DATE: 10-10-12 PAYEE: KPMG LLP VENDOR #: KPMG CHECK #: 13151

| REF. # | INVOICE # | INV. DATE | INV. AMOUNT | DISCOUNT | AMT. PAID |
|---|---|---|---|---|---|
| 904406 | Witness Fee 64831-1056 | 10-10-12 | 44.50 | 0.00 | 44.50 |
| | | | TOTAL | | $44.50 |

CHECK DATE 10/10/12

BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104

13151

HSBC USA
New York, NY 10005

FORTY-FOUR AND 50/100 Dollars

$44.50
CHECK AMOUNT

PAY TO THE ORDER OF

KPMG LLP
345 Park Avenue
New York, NY 10154-0102

AUTHORIZED SIGNATURE

⑈013151⑈ [redacted] [redacted]

BUCHANAN INGERSOLL & ROONEY PC HSBC BANK USA ACCT. # [redacted]

DATE: 10-10-12 PAYEE: PricewaterhouseCoopers LLP VENDOR #: PWATER CHECK #: 13152

| REF. # | INVOICE # | INV. DATE | INV. AMOUNT | DISCOUNT | AMT. PAID |
|---|---|---|---|---|---|
| 904405 | Witness Fee | 10-10-12 | 44.50 | 0.00 | 44.50 |
| | | | TOTAL | | $44.50 |

DATE: 10-10-12 PAYEE: PricewaterhouseCoopers LLP VENDOR #: PWATER CHECK #: 13152

| REF. # | INVOICE # | INV. DATE | INV. AMOUNT | DISCOUNT | AMT. PAID |
|---|---|---|---|---|---|
| 904405 | Witness Fee 64831-1056 | 10-10-12 | 44.50 | 0.00 | 44.50 |
| | | | TOTAL | | $44.50 |

CHECK DATE 10/10/12

BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104

13152

HSBC USA
New York, NY 10005

FORTY-FOUR AND 50/100 Dollars

$44.50
CHECK AMOUNT

PAY TO THE ORDER OF

PricewaterhouseCoopers LLP
300 Madison Avenue
24th Floor
New York, NY 10017



AUTHORIZED SIGNATURE

⑈013152⑈ [redacted] [redacted]

BUCHANAN INGERSOLL & ROONEBUCHANAN INGERSOLL & ROONEY PHSBC BANK USA ACCT. #

DATE: 10-10-12 PAYEE: BDO USA, LLP VENDOR #: BDOUSA CHECK #: 13150

| REF. # | INVOICE # | INV. DATE | INV. AMOUNT | DISCOUNT | AMT. PAID |
|---|---|---|---|---|---|
| 904404 | Witness Fee | 10-10-12 | 79.00 | 0.00 | 79.00 |
| | | | TOTAL | | $79.00 |

DATE: 10-10-12 PAYEE: BDO USA, LLP VENDOR #: BDOUSA CHECK #: 13150

| REF. # | INVOICE # | INV. DATE | INV. AMOUNT | DISCOUNT | AMT. PAID |
|---|---|---|---|---|---|
| 904404 | Witness Fee<br>64831-1056 | 10-10-12 | 79.00 | 0.00 | 79.00 |
| | | | TOTAL | | $79.00 |

CHECK DATE

10/10/12

**BUCHANAN INGERSOLL & ROONEY PC**
1290 Avenue of the Americas, 30th Floor
New York, NY 10104

13150

HSBC USA
New York, NY 10005

SEVENTY-NINE AND 00/100 Dollars

$79.00

CHECK AMOUNT

PAY TO THE ORDER OF

BDO USA, LLP
90 Woodbridge Center Dr.
4th Floor
Woodbridge, NJ 07095

AUTHORIZED SIGNATURE




**BUCHANAN INGE[illegible]OLL & ROONEY PC**
ONE OXFORD CENTRE
301 GRANT ST., FL. 20 412-562-8460
PITTSBURGH, PA 15219-1410

20515

DATE Oct. 23, 2012

PAY TO THE ORDER OF Robert Hamstead $98.39/xx

Ninety eight and 39/100 DOLLARS

Security Features Details on Back.

PNCBANK
PNC Bank, N.A. 001
Pittsburgh, PA

FOR

Steven R. DeWirk

MP

⑈020515⑈ [redacted]

| | | | |
|---|---|---|---|
| **Account Number:** | [redacted] | **Transaction Type:** | Checks/Debits |
| **Account Name:** | DeWick Special | **Seq/Ref#:** | [redacted] |
| **Post Date:** | 07/06/2015 | **Check #:** | 22280 |
| **Amount:** | $63.00 | | |



BUCHANAN INGERSOLL & ROONEY PC
ONE OXFORD CENTRE
301 GRANT ST., FL. 20 412-562-8400
PITTSBURGH, PA 15219-1410

22280

DATE June 22, 2015

PAY TO THE ORDER OF Larry Skrzysowski $ 63.00/xx

Sixty three and 00/100 DOLLARS

PNCBANK
PNC Bank, N.A. 001

FOR Witness fee & mileage

⑈022280⑈

PA D

Retrieved: Wednesday, October 18, 2017 7:27:33 AM
Image On-Demand

# OMNI HOTELS & RESORTS

OMNI WILLIAM PENN HOTEL
530 WILLIAM PENN PLACE
PITTSBURGH PA 15219
**Tele-** **Fax-**

NOE, RANDAL S
AMERICAN EXPRESS COMPLETE SUITE PRO

Room Number: 615
Daily Rate: 419
Room Type: KNJR
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 08/02/15 | 08/07/15 | | AMEXCS | CONS | 17001377711 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 08/02/15 | 615 | PARKING/VALET | PARKING/VALET #875 | $34.00 |
| 08/02/15 | 615 | ROOM CHARGE | #615 NOE, RANDAL S | $419.00 |
| 08/02/15 | 615 | COUNTY OCCUPANCY TAX 7% | COUNTY OCCUPANCY TAX 7% | $29.33 |
| 08/02/15 | 615 | STATE RAD TAX 1% | STATE RAD TAX 1% | $4.19 |
| 08/02/15 | 615 | STATE HOTEL TAX 6% | STATE HOTEL TAX 6% | $25.14 |
| 08/03/15 | 615 | PARKING/VALET | PARKING/VALET #875 | $34.00 |
| 08/03/15 | 615 | ROOM CHARGE | #615 NOE, RANDAL S | $419.00 |
| 08/03/15 | 615 | COUNTY OCCUPANCY TAX 7% | COUNTY OCCUPANCY TAX 7% | $29.33 |
| 08/03/15 | 615 | STATE RAD TAX 1% | STATE RAD TAX 1% | $4.19 |
| 08/03/15 | 615 | STATE HOTEL TAX 6% | STATE HOTEL TAX 6% | $25.14 |
| 08/04/15 | 615 | PARKING/VALE | PARKING/VALET#875 | $34.00 |
| 08/04/15 | 615 | ROOM CHARGE | #615 NOE, RANDAL S | $419.00 |
| 08/04/15 | 615 | COUNTY OCCUPANCY TAX 7% | COUNTY OCCUPANCY TAX 7% | $29.33 |
| 08/04/15 | 615 | STATE RAD TAX 1% | STATE RAD TAX 1% | $4.19 |
| 08/04/15 | 615 | STATE HOTEL TAX 6% | STATE HOTEL TAX 6% | $25.14 |
| [redacted] | | | | |

Parking
Room Rate
Tax
Dinner

**CREDIT DUE:** [redacted]

B

BRUEGGER'S
531 Grant St
Pittsburgh PA 15219
412-471-9249

8/4/2015 7:16:05 AM Eat In
Order Number: 2136459

| | | |
|---|---|---|
| 1 | Hot Coffee LG | 2.39 |
| 1 | CC Sandwi... GL | 2.59 |
| | Discount Total | 0.00 |
| | Sub Total | 4.98 |
| | State & Local Tax: | 0.35 |
| | Total: | 5.33 |
| | Change | 0.00 |
| | American Express | -5.33 |

Register: Tran Seq No: 2136459
Store No: ...02 Jenkins

Kudos, Comments, Questions?
Call 1-888-8BAKERY
www.brueggers.com

American Express
Card Num :
Terminal : 000801201021
Approval : 944362
Batch Number: 508
Entry Method: S

I agree to pay the above Total Amount according to Card Issuer Agreement.

Signature: ________ ________
Merchant Copy



D

OMNI WILLIAM PENN HOTEL
530 WILLIAM PENN PLACE
PITTSBURGH, PA. 15219
(412)281-7100
THE TAP ROOM
CHECK: 1914
TABLE: 316/5
SERVER: 172 K[illegible] Styna
DATE: AUG02 '15 6:38PM
CARD TYPE: AMERICAN EXPRESS
ACCT #: [redacted]
EXP DATE: XX/XX
AUTH CODE: 550980
RANDAL NOE

SUBTOTAL: 24.[illegible]1

GRATUITY 5.00

TOTAL 29.61

CUSTOMER SIGNATURE

B

**BRUEGGER'S**
531 Grant St
Pittsburgh PA 15219
412-471-9249

8/3/2015 6:45:41 AM Eat In
Order Number: 2135404

| | | |
|---|---|---|
| 1 | Hot Coffee MD | 2.19 |
| 1 | CC Sandwich BGL | 2.59 |
| | Discount Total: | 0.00 |
| | Sub. Total: | 4.78 |
| | State & Local Tax: | 0.33 |
| | Total: | 5.11 |
| | Change | 0.00 |
| | American Express: | -5.11 |

Register:3 Tran Seq No: 2135404
Store No:0102 Creamer

Kudos, Comments, Questions?
Call 1-888-8BAKERY
www.brueggers.com

American Express
Card Num : [redacted]
Terminal : 000801201021
Approval : 501630
Batch Number: 507
Entry Method: S

I agree to pay the above Total Amount according to Card Issuer Agreement.

Signature: ____________
Merchant Copy

## Change Expense Report ( [redacted] )

Help

1 General Data | a Mileage Details | 1 General Data | 2 Enter Receipts | 3 Review and Send | 4 Completed

Employee Noe, Randal S [redacted] Schema Business Trip Start Date 08/02/2015 End Date 08/07/2015

Previous Step | Accept | Exit to General Data | Save Draft | Cancel

Calendar of Trips

Total Distance Driven: 846 Mile

Mileage Details

New Entry Copy Delete

| Date | Miles Driven | End Location | Start Location |
|---|---|---|---|
| 08/02/2015 | 423 | Pittsburgh, PA | Norfolk, VA |
| 08/02/2015 | 423 | Norfolk, VA | Pittsburgh, PA |

Vehicle Type: Car

Comment:

Accept | Accept and New Entry | Change Cost Assignment | Copy | Delete

Previous Step | Accept | Exit to General Data | Save Draft | Cancel



## Change Expense Report ( [redacted] )

Help

1 General Data | 2 Enter Receipts | 3 Review and Send | 4 Completed

Employee Noe, Randal S ( [redacted] ) Schema Business Trip Start Date 08/02/2015 End Date 08/07/2015

Previous Step | Save Draft | Cancel

**Final Action**

Save Draft — I only want to save my expense report and send it later

Save and Send for Approval — I want to save my expense report and send it now for further processing

**I confirm that all expenses were incurred by and on behalf of the company. For the expenses in this report, I have not provided any gift, including meals, lodging, hospitality, tickets, travel or transportation services or any other item or service having monetary value, given by or on behalf of Norfolk Southern Corporation (including gifts given at personal expense to an employee and reimbursed by the Corporation) to any member or employee of the U.S. House of Representatives or the U.S. Senate. In addition, for any expenses in this report that were for a gift, I have complied with the gift requirements described under NS Procedures 212.3 and 212.5.**

**Summary**

| | |
|---|---|
| Total Mileage | 486.46 USD |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |

**Cost Assignment**

[redacted] USD Company Code N096 (Norfolk Southern Corp), Cost Center 58001 (CORPORATE COUNSEL)

Previous Step | Save Draft | Cancel