IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY and WHEELING & LAKE ERIE RAILWAY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURGH & WEST VIRGINIA RAILROAD and POWER REIT,<br><br>Defendants. | Civil Action No. 2:11-cv-01588-TFM |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 29th day of December, 2015 in favor of Norfolk Southern Railway Company and against Defendant Pittsburgh & West Virginia Railroad in the amount of two dollars ($2.00), plus interest from the 29th day of December, 2015, and with costs in the amount of $118,354.84, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or United States Marshal,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: November 10, 2017

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

By: _____
Kathleen Jones Goldman (Pa. Id. #90380)
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219-1410
(412) 562-8800

Attorneys for Plaintiffs Norfolk Southern
Railway Company and Wheeling & Lake Erie
Railway Company

COMMONWEALTH OF PENNSYLVANIA  )
                              )  SS:
COUNTY OF ALLEGHENY           )

On this 10th day of November, 2017, before me came Kathleen Jones Goldman to me known and known to be a member of the firm Buchanan Ingersoll & Rooney PC, attorneys for Plaintiffs Norfolk Southern Railway Company and Wheeling & Lake Erie Railway Company in the above action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I hereunto set my hand and official seals.

_____
Notary Public

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Steven R. Dewick, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Dec. 18, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

2